```
Jeffrey J. Kump, Esq. (Bar No. 5694)
MARVEL & KUMP, LTD.
217 Idaho Street, P.O. Box 2645
Elko, NV 89803-2645
Telephone:    (775) 777-1204
Facsimile:    (775) 738-0187
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

        Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

        Defendants.
_____/

**CERTIFICATE REQUIRED BY LOCAL RULE 10-6**

      The undersigned, counsel of record for Plaintiff above-named, certifies that the following have an interest in the outcome of this case: There are no known interested parties other than those participating in this case.

///

///

///

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-1-

Dockets.Justia.com

1   These representations are made to enable judges of the court
2   to evaluate possible recusal.
3   DATED this 13th day of February, 2007.

       MARVEL & KUMP, LTD.
       Attorneys for Plaintiff
       217 Idaho Street
       P. O. Box 2645
       Elko, NV 89803-2645

       BY: _____
           Jeffrey J. Kump, Nevada Bar #5694