# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER - DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

    Defendants.

Case No. 3:07-cv-00076

ACCEPTANCE OF SERVICE

As attorney of record for, ELKO COUNTY SCHOOL DISTRICT I do hereby accept service of the Summons and Complaint in the above entitled matter.

DATED this 20th day of February, 2007.

WILSON & BARROWS, LTD.
442 Court Street
Elko, NV 89801

RICHARD R. BARROWS

Dockets.Justia.com