THOMAS P. BEKO, ESQ. (#002653)
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,         Case No.  3:07-cv-00076-LRH-RAM

           Plaintiffs,

vs.

ELKO COUNTY SCHOOL DISTRICT,     **DEFENDANT   ELKO   COUNTY**
and GARY LEE JONES, SR., as agent for    **SCHOOL DISTRICT'S ANSWER**
ELKO COUNTY SCHOOL DISTRICT,      **TO COMPLAINT**
and  GARY  LEE  JONES,  SR.,
individually,  and  CORPORATION OF
THE  PRESIDING  BISHOP  OF  THE
CHURCH  OF  JESUS  CHRIST  OF
LATTER-DAY  SAINTS,  a  foreign
corporation registered to do business in the
State  of  Nevada;  CORPORATION  OF
THE PRESIDENT OF THE CHURCH OF
JESUS  CHRIST  OF  LATTER-DAY
SAINTS AND SUCCESSORS, a foreign
corporation registered to do business in the
State of Nevada; and Does 1-5, and XYZ
Corporations 1-5.

          Defendants.

_____/

     COME NOW Defendant ELKO COUNTY SCHOOL DISTRICT,  by and through its

attorneys ERICKSON, THORPE & SWAINSTON, LTD., and THOMAS P. BEKO, ESQ.,

and answering Plaintiff's Complaint and Demand for Jury Trial on file herein, admit, deny

and allege as follows.  Any allegations contained in the Complaint not specifically admitted

by Defendant are hereby denied.

///

///

**Parties**

(Jurisdiction and Venue)

1.    Defendant denies each, every and all of the allegations contained within Paragraph 1 of Plaintiff's Complaint.

2.    Defendant denies each, every and all of the allegations contained within Paragraph 2 of Plaintiff's Complaint.

3.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 3 of Plaintiff's Complaint and therefore, the same are denied.

4.    Defendant admits generally the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 5 of Plaintiff's Complaint and therefore, the same are denied.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 6 of Plaintiff's Complaint and therefore, the same are denied.

7.    Defendant denies each, every and all of the allegations contained within Paragraph 7 of Plaintiff's Complaint.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 8 of Plaintiff's Complaint and therefore, the same are denied.

9.    Defendant denies each, every and all of the allegations contained within Paragraph 9 of Plaintiff's Complaint.

10.    Defendant denies each, every and all of the allegations contained within Paragraph 10 of Plaintiff's Complaint.

**Facts**

11.    Defendant adopts by reference and incorporates herein each, every and all

2

1    of its admissions, denials and averments to Paragraphs 1 through 10 of Plaintiff's

2    Complaint as if the same were set forth in full at this point.

3          12.    Defendant is without knowledge or information sufficient to form a belief

4    as to the truth of the allegations contained within Paragraph 12 of Plaintiff's Complaint

5    and therefore, the same are denied.

6          13.    Defendant is without knowledge or information sufficient to form a belief

7    as to the truth of the allegations contained within Paragraph 13 of Plaintiff's Complaint

8    and therefore, the same are denied.

9          14.    Defendant is without knowledge or information sufficient to form a belief

10    as to the truth of the allegations contained within Paragraph 14 of Plaintiff's Complaint

11    and therefore, the same are denied.

12          15.    Defendant denies each, every and all of the allegations contained within

13    Paragraph 15 of Plaintiff's Complaint.

14          16.    Defendant denies each, every and all of the allegations contained within

15    Paragraph 16 of Plaintiff's Complaint.

16          17.    Defendant denies each, every and all of the allegations contained within

17    Paragraph 17 of Plaintiff's Complaint.

18          18.    Defendant is without knowledge or information sufficient to form a belief

19    as to the truth of the allegations contained within Paragraph 18 of Plaintiff's Complaint

20    and therefore, the same are denied.

21          19.    Defendant admits generally the allegations contained in Paragraph 19 of

22    Plaintiff's Complaint.

23                    **FIRST CAUSE OF ACTION**

24                    **Violation of Civil Rights**

25          20.    Defendant adopts by reference and incorporates herein each, every and all

26    of its admissions, denials and averments to Paragraphs 1 through 19 of Plaintiff's

27    Complaint as if the same were set forth in full at this point.

28          21.    Defendant denies each, every and all of the allegations contained within

1  Paragraph 21 of Plaintiff's Complaint.

2      22.    Defendant denies each, every and all of the allegations contained within

3  Paragraph 22 of Plaintiff's Complaint.

4      23.    Defendant denies each, every and all of the allegations contained within

5  Paragraph 23 of Plaintiff's Complaint.

6      24.    Defendant denies each, every and all of the allegations contained within

7  Paragraph 24 of Plaintiff's Complaint.

8      25.    Defendant denies each, every and all of the allegations contained within

9  Paragraph 25 of Plaintiff's Complaint.

10      26.    Defendant denies each, every and all of the allegations contained within

11  Paragraph 26 of Plaintiff's Complaint.

12      27.    Defendant denies each, every and all of the allegations contained within

13  Paragraph 27 of Plaintiff's Complaint.

14      28.    Defendant denies each, every and all of the allegations contained within

15  Paragraph 28 of Plaintiff's Complaint.

16      29.    Defendant denies each, every and all of the allegations contained within

17  Paragraph 29 of Plaintiff's Complaint.

18      30.    Defendant denies each, every and all of the allegations contained within

19  Paragraph 30 of Plaintiff's Complaint.

20      31.    Defendant denies each, every and all of the allegations contained within

21  Paragraph 31 of Plaintiff's Complaint.

22      32.    Defendant denies each, every and all of the allegations contained within

23  Paragraph 32 of Plaintiff's Complaint.

24                **SECOND CAUSE OF ACTION**

25                    **Attorney Fees**

26      33.    Defendant adopts by reference and incorporates herein each, every and all

27  of its admissions, denials and averments to Paragraphs 1 through 32 of Plaintiff's

28  Complaint as if the same were set forth in full at this point.

34. Defendant denies each, every and all of the allegations contained within Paragraph 34 of Plaintiff's Complaint.

## THIRD CAUSE OF ACTION

### Negligent Supervision and Retention Against Defendant
### Elko County School District

35. Defendant adopts by reference and incorporates herein each, every and all of its admissions, denials and averments to Paragraphs 1 through 34 of Plaintiff's Complaint as if the same were set forth in full at this point.

36. Defendant denies each, every and all of the allegations contained within Paragraph 36 of Plaintiff's Complaint.

37. Defendant denies each, every and all of the allegations contained within Paragraph 37 of Plaintiff's Complaint.

38. Defendant denies each, every and all of the allegations contained within Paragraph 38 of Plaintiff's Complaint.

39. Defendant denies each, every and all of the allegations contained within Paragraph 39 of Plaintiff's Complaint.

40. Defendant denies each, every and all of the allegations contained within Paragraph 40 of Plaintiff's Complaint.

41. Defendant denies each, every and all of the allegations contained within Paragraph 41 of Plaintiff's Complaint.

42. Defendant denies each, every and all of the allegations contained within Paragraph 42 of Plaintiff's Complaint.

## FOURTH CAUSE OF ACTION

### Sexual Abuse of a Child/ Respondeat Superior

43. Defendant adopts by reference and incorporates herein each, every and all of its admissions, denials and averments to Paragraphs 1 through 42 of Plaintiff's Complaint as if the same were set forth in full at this point.

44. Defendant is without knowledge or information sufficient to form a belief

5

1  as to the truth of the allegations contained within Paragraph 44 of Plaintiff's Complaint

2  and therefore, the same are denied.

3      45.    Defendant is without knowledge or information sufficient to form a belief

4  as to the truth of the allegations contained within Paragraph 45 of Plaintiff's Complaint

5  and therefore, the same are denied.

6      46.    Defendant denies each, every and all of the allegations contained within

7  Paragraph 46 of Plaintiff's Complaint.

8      47.    Defendant denies each, every and all of the allegations contained within

9  Paragraph 47 of Plaintiff's Complaint.

10      48.    Defendant is without knowledge or information sufficient to form a belief

11  as to the truth of the allegations contained within Paragraph 48 of Plaintiff's Complaint

12  and therefore, the same are denied.

13      49.    Defendant is without knowledge or information sufficient to form a belief

14  as to the truth of the allegations contained within Paragraph 49 of Plaintiff's Complaint

15  and therefore, the same are denied.

16      50.    Defendant denies each, every and all of the allegations contained within

17  Paragraph 50 of Plaintiff's Complaint.

18      51.    Defendant denies each, every and all of the allegations contained within

19  Paragraph 51 of Plaintiff's Complaint.

20      52.    Defendant denies each, every and all of the allegations contained within

21  Paragraph 52 of Plaintiff's Complaint.

22                        **FIFTH CAUSE OF ACTION**

23            **Sexual Abuse of a Child/ Respondeat Superior**

24      53.    Defendant adopts by reference and incorporates herein each, every and all

25  of its admissions, denials and averments to Paragraphs 1 through 52 of Plaintiff's

26  Complaint as if the same were set forth in full at this point.

27      54.    Defendant denies each, every and all of the allegations contained within

28  Paragraph 54 of Plaintiff's Complaint.

6

1      55.   Defendant admits generally the allegations contained in Paragraph 55 of

2  Plaintiff's Complaint.

3      56.   Defendant denies each, every and all of the allegations contained within

4  Paragraph 56 of Plaintiff's Complaint.

5      57.   Defendant denies each, every and all of the allegations contained within

6  Paragraph 57 of Plaintiff's Complaint.

7      58.   Defendant denies each, every and all of the allegations contained within

8  Paragraph 58 of Plaintiff's Complaint.

9  <div align="center">**SIXTH CAUSE OF ACTION**</div>

10  <div align="center">**Failure to Report Suspected Child Sex Abuse By ECDS and the LDS Church**</div>

11      59.   Defendant adopts by reference and incorporates herein each, every and all

12  of its admissions, denials and averments to Paragraphs 1 through 58 of Plaintiff's

13  Complaint as if the same were set forth in full at this point.

14      60.   Defendant denies each, every and all of the allegations contained within

15  Paragraph 60 of Plaintiff's Complaint.

16      61.   Defendant denies each, every and all of the allegations contained within

17  Paragraph 61 of Plaintiff's Complaint.

18      62.   Defendant denies each, every and all of the allegations contained within

19  Paragraph 62 of Plaintiff's Complaint.

20      63.   Defendant denies each, every and all of the allegations contained within

21  Paragraph 63 of Plaintiff's Complaint.

22  <div align="center">**SEVENTH CAUSE OF ACTION**</div>

23  <div align="center">**Negligent Training and Supervision**</div>

24      64.   Defendant adopts by reference and incorporates herein each, every and all

25  of its admissions, denials and averments to Paragraphs 1 through 63 of Plaintiff's

26  Complaint as if the same were set forth in full at this point.

27      65.   Defendant is without knowledge or information sufficient to form a belief

28  as to the truth of the allegations contained within Paragraph 65 of Plaintiff's Complaint

<div align="center">7</div>

1  and therefore, the same are denied.

2      66.    Defendant is without knowledge or information sufficient to form a belief

3  as to the truth of the allegations contained within Paragraph 66 of Plaintiff's Complaint

4  and therefore, the same are denied.

5      67.    Defendant is without knowledge or information sufficient to form a belief

6  as to the truth of the allegations contained within Paragraph 67 of Plaintiff's Complaint

7  and therefore, the same are denied.

8      68.    Defendant is without knowledge or information sufficient to form a belief

9  as to the truth of the allegations contained within Paragraph 68 of Plaintiff's Complaint

10  and therefore, the same are denied.

11  <div align="center">**EIGHTH CAUSE OF ACTION**</div>

12  <div align="center">**Intentional Infliction of Emotional Distress**</div>

13      69.    Defendant adopts by reference and incorporates herein each, every and all

14  of its admissions, denials and averments to Paragraphs 1 through 68 of Plaintiff's

15  Complaint as if the same were set forth in full at this point.

16      70.    Defendant denies each, every and all of the allegations contained within

17  Paragraph 70 of Plaintiff's Complaint.

18      71.    Defendant denies each, every and all of the allegations contained within

19  Paragraph 71 of Plaintiff's Complaint.

20      72.    Defendant denies each, every and all of the allegations contained within

21  Paragraph 72 of Plaintiff's Complaint.

22      73.    Defendant denies each, every and all of the allegations contained within

23  Paragraph 73 of Plaintiff's Complaint.

24  <div align="center">**NINTH CAUSE OF ACTION**</div>

25  <div align="center">**Negligent Infliction of Emotional Distress**</div>

26      74.    Defendant adopts by reference and incorporates herein each, every and all

27  of its admissions, denials and averments to Paragraphs 1 through 73 of Plaintiff's

28  Complaint as if the same were set forth in full at this point.

1    75.    Defendant denies each, every and all of the allegations contained within

2  Paragraph 75 of Plaintiff's Complaint.

3    76.    Defendant denies each, every and all of the allegations contained within

4  Paragraph 76 of Plaintiff's Complaint.

5    77.    Defendant denies each, every and all of the allegations contained within

6  Paragraph 77 of Plaintiff's Complaint.

7    78.    Defendant denies each, every and all of the allegations contained within

8  Paragraph 78 of Plaintiff's Complaint.

9    79.    Defendant denies each, every and all of the allegations contained within

10  Paragraph 79 of Plaintiff's Complaint.

11    80.    Defendant denies each, every and all of the allegations contained within

12  Paragraph 80 of Plaintiff's Complaint.

13                    **TENTH CAUSE OF ACTION**

14                          **Conspiracy**

15    81.    Defendant adopts by reference and incorporates herein each, every and all

16  of its admissions, denials and averments to Paragraphs 1 through 80 of Plaintiff's

17  Complaint as if the same were set forth in full at this point.

18    82.    Defendant denies each, every and all of the allegations contained within

19  Paragraph 82 of Plaintiff's Complaint.

20    83.    Defendant denies each, every and all of the allegations contained within

21  Paragraph 83 of Plaintiff's Complaint.

22                    **AFFIRMATIVE DEFENSES**

23                  FIRST AFFIRMATIVE DEFENSE

24    Plaintiff's complaint fails to state a claim upon which relief can be granted in favor

25  of Plaintiff or against this Defendant.

26                  SECOND AFFIRMATIVE DEFENSE

27    Defendant is informed and believes and thereupon avers that at all times and

28  places relevant hereto Plaintiff was negligent, at fault and otherwise responsible for the

                                    9

1  matters which are the subject of this litigation, with such negligence, fault or

2  responsibility proximately causing and contributing to Plaintiff's alleged injuries and

3  damages, if any there were.

4  <div align="center">THIRD AFFIRMATIVE DEFENSE</div>

5      1.    Defendant adopts by reference and incorporates herein the preceding

6  affirmative defense.

7      2.    At all times denying any negligence, fault or responsibility on Defendant's

8  behalf, Defendant avers that the contributory negligence, fault or responsibility of Plaintiff

9  must be compared to that of this Defendant, if any, in accordance with the laws of the State

10  of Nevada.

11  <div align="center">FOURTH AFFIRMATIVE DEFENSE</div>

12      1.    Defendant adopts by reference and incorporates herein the preceding two

13  affirmative defenses.

14      2.    At all times denying any negligence, fault or responsibility on Defendant's

15  behalf, Defendant avers that if Defendant is found to be negligent, at fault or otherwise

16  responsible for Plaintiff's injuries or damages, if any there were but without admitting the

17  same, the principles of law and equity relative to comparative negligence and fault require

18  that the proportionate or relative degrees of negligence, fault or responsibility of all parties

19  involved in the incident be ascertained so that this Defendant be liable to Plaintiff, if at all,

20  for no more than an amount equal to this Defendant's proportionate or relative degree of

21  negligence, fault or responsibility, if any there is.

22  <div align="center">FIFTH AFFIRMATIVE DEFENSE</div>

23      Defendant is informed and believes and thereupon avers that the injuries and damages

24  sustained by the Plaintiff, if any were, caused by the acts or conduct of third parties who were

25  and are not the agents or employees of this Defendant nor acting on behalf of this defendant.

26  <div align="center">SIXTH AFFIRMATIVE DEFENSE</div>

27      Defendant is informed and believes and thereupon avers that Plaintiff failed to

28  mitigate Plaintiff's losses and damages, if any there were.

<div align="center">10</div>

1

2                    SEVENTH AFFIRMATIVE DEFENSE

3        1.      Without admitting the Plaintiff is entitled to punitive damages, punitive

4   damages constitute excessive fines prohibited by the United States and Nevada Constitutions.

5   Further, NRS 42.010 does not provide adequate standards and/or safeguards for its

6   application and is therefore void for vagueness under the due process clause of the

7   Fourteenth Amendment to the United States Constitution and in accordance with Article 1,

8   §8 of the Nevada Constitution.

9                     EIGHTH AFFIRMATIVE DEFENSE

10       Defendant is informed and believes and thereupon avers that Plaintiff has failed to act

11  in a fair, reasonable and equitable fashion and by reason of the premises is precluded from

12  receiving the extraordinary equitable relief sought in Plaintiff's complaint.

13                     NINTH AFFIRMATIVE DEFENSE

14       The obligations and duties which the Plaintiff alleges were violated by the Defendant

15  run to the public at large and as such, the Plaintiff has no private cause of action, thus her

16  claims herein are barred.

17                     TENTH AFFIRMATIVE DEFENSE

18       1.      The State of Nevada has adopted a limited waiver of sovereign immunity as

19  codified in Chapter 41 of the Nevada Revised Statutes.

20       2.      ELKO COUNTY SCHOOL DISTRICT is a political subdivision of the

21  State of Nevada.

22              All acts and conduct of this Defendant and its agents and employees were

23  within the jurisdiction of their official authority and were done by virtue of and under the

24  laws of the State of Nevada.  As such, they are immune from civil liability as hereinafter

25  provided.

26                    ELEVENTH AFFIRMATIVE DEFENSE

27       The claims for relief averred in the Complaint pertain to the exercise or performance,

28  or the failure to exercise or perform, discretionary functions or duties on the part of ELKO

1  COUNTY SCHOOL DISTRICT and/or its agents or employees. By reason of the premises

2  and terms and provisions of NRS 41.032(2) no action may be brought against ELKO

3  COUNTY SCHOOL DISTRICT and legal recovery is thereby barred.

4  <center>TWELFTH AFFIRMATIVE DEFENSE</center>

5  The claims for relief averred in the Complaint pertain to conduct based upon acts or

6  omissions of employees or agents of ELKO COUNTY SCHOOL DISTRICT exercising due

7  care in the execution of a statute, ordinance or other legal regulation. By reason of the

8  premises and the terms and provisions of NRS 41.032(1) no action may be brought against

9  this Defendant and any legal recovery is thereby barred.

10  <center>THIRTEENTH AFFIRMATIVE DEFENSE</center>

11  The Defendants are informed and believe and thereupon allege that any duty owed

12  to the Plaintiff is a duty owed to the public at large and as a result no private cause of

13  action is permitted and therefore said claims are barred by N.R.S. 41.0336.

14  <center>FOURTEENTH AFFIRMATIVE DEFENSE</center>

15  NRS 41.035 limits the amount of recovery, if any, which may be awarded against a

16  political subdivision and its agents or employees.

17  <center>FIFTEENTH AFFIRMATIVE DEFENSE</center>

18  NRS 41.035 limits the amount of recovery, if any, which may be awarded against a

19  political subdivision and its agents or employees; further, there may be no award for punitive

20  or exemplary damages.

21  <center>SIXTEENTH AFFIRMATIVE DEFENSE</center>

22  Plaintiff has failed to identify any constitutionally protected right or interest and as

23  such, fails to state a claim upon which relief can be granted.

24  <center>SEVENTH AFFIRMATIVE DEFENSE</center>

25  At all times relevant hereto this answering Defendant was not acting under color of

26  state law and as such there is no state action committed by this Defendant.

27  <center>EIGHTH AFFIRMATIVE DEFENSE</center>

28  Insofar as the Plaintiff's Complaint alleges conduct which can only be characterized

<center>12</center>

1 | as negligence, said Complaint fails to state a federal claim upon which relief can be granted.

2 | <div align="center">NINTH AFFIRMATIVE DEFENSE</div>

3 | Without admitting the conduct attributed to Defendant Jones occurred, if it did, the

4 | acts and conduct complained of were not sanctioned, condoned or authorized by this

5 | defendant, do not constitute an official act of the Elko County School District, and are not

6 | reflective of an official policy or custom of the Elko County School Distrct.

7 | <div align="center">TENTH AFFIRMATIVE DEFENSE</div>

8 | To the extent that Plaintiff seeks an award of punitive damages against a municipality,

9 | said complaint fails to state a claim.

10 | <div align="center">ELEVENTH AFFIRMATIVE DEFENSE</div>

11 | Without admitting Plaintiff's civil rights were violated, Plaintiff's claims are not

12 | actionable inasmuch as there is no evidence or allegation that the alleged governmental

13 | misconduct was the result of deliberate indifference by this Defendant.

14 | <div align="center">TWELFTH AFFIRMATIVE DEFENSE</div>

15 | Defendant alleges that because the Complaint herein is couched in conclusionary

16 | terms, answering Defendants cannot fully anticipate all affirmative defenses that may be

17 | applicable to the within action. Accordingly, the right to assert additional affirmative

18 | defenses, if and to the extent that such affirmative defenses are applicable, is hereby

19 | reserved.

20 | WHEREAS, Defendants prays that Plaintiff take nothing by reason of the Complaint

21 | on file herein, that the same be dismissed and that judgment be entered in favor of the

22 | Defendant and against Plaintiff for a reasonable attorney's fee, for costs of suit and for such

23 | other and further relief as may be just and proper in the premises.

24 | DATED this ___ day of April, 2007.

25 | ERICKSON, THORPE & SWAINSTON, LTD.

26 |

27 | By _____

28 | THOMAS P. BEKO, ESQ.
Attorneys for Elko County School District

<div align="center">13</div>