Manzanares v. Elko County School District et al — Doc. 13
Case 3:07-cv-00076-LRH-RAM   Document 13   Filed 04/23/2007   Page 1 of 6
Case 3:07-cv-00076-LRH-RAM   Document 7   Filed 02/15/2007   Page 1 of 2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of _____

DA-DAZE-NOM MANZANERES,

        PLAINTIFF

V.

ELKO COUNTY SCHOOL DISTRICT, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-N-07-076

TO: (Name and address of Defendant)

    GARY LEE JONES, SR.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    MARVEL & KUMP, LTD.
    217 Idaho Street
    Elko, NV  89801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                       2/15/2007

Clerk                                                          Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 13, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE |
| James M. Grady | Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Elko East Mini Storage 3760 E. Idaho St. TLR #5 Elko, NV

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gary Lee Jones Jr. (Adult) 3760 E. Idaho St. TLR #5 Elko, NV 89803

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 13, 2007        *James M. Grady*
                  Date                   Signature of Server

226 Holyoke Dr. Spring Creek, NV 89815
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of _____

DA-DAZE-NOM MANZANERES,

        PLAINTIFF

V.

ELKO COUNTY SCHOOL DISTRICT, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CV-N-07-076

TO: (Name and address of Defendant)

    CORPORATION OF THE PRESIDENT OF THE CHURCH OF LATTER
    DAY SAINTS
    502 East John St.
    Room E
    Carson City, NV  89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    MARVEL & KUMP, LTD.
    217 Idaho Street
    Elko, NV  89801

an answer to the complaint which is served on you with this summons, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                   2/15/2007
Clerk                                                    Date

*/s/ Lance S. Wilson*

➤AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/9/07 |
| NAME OF SERVER (PRINT) BILL SAVAGE | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 502 EAST JOHN STREET, ROOM E CARSON CITY, NV 89706

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/9/07
              Date

Signature of Server: Bill Savage

Address of Server: P.O. BOX 2087, RENO, NV 89515-0874

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

_____ District of _____

DA-DAZE-NOM MANZANERES,

          PLAINTIFF

V.

ELKO COUNTY SCHOOL DISTRICT, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-N-07-076

TO: (Name and address of Defendant)

    CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF
    LATTER DAY SAINTS
    502 East John St.
    Room E
    Carson City, NV 89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    MARVEL & KUMP, LTD.
    217 Idaho Street
    Elko, NV 89801

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson            2/15/2007
Clerk            Date

_/s/ Lance S. Wilson_

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/9/07 |
| NAME OF SERVER (PRINT) BILL SAVAGE | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 502 EAST JOHN STREET, ROOM E CARSON CITY, NV 89706

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07
　　　　　　　Date

Signature of Server: Bill Savage

Address of Server: P.O. BOX 20871, RENO NV 89515-0871

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.