*AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT ORIGINAL

_____ District of _____

DA-DAZE-NOM MANZANERES,

PLAINTIFF

V.

ELKO COUNTY SCHOOL DISTRICT, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CV-N-07-076

TO: (Name and address of Defendant)

GARY LEE JONES, SR.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARVEL & KUMP, LTD.
217 Idaho Street
Elko, NV 89801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                                    2/15/2007

Clerk                                                                   Date

_Lance S. Wilson_

®AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 13, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James M. Grady | Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Elko East Mini Storage
3760 E. Idaho St.   TLR #5
Elko, NV

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gary Lee Jones Jr. (Adult)

☐ Returned unexecuted: 3760 E. Idaho St.  TLR #5
Elko, NV   89803

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 13, 2007              James M. Grady
                        Date                        Signature of Server

              226 Holyoke Dr. Spring Creek, NV 89815
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

©⅃AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of _____

DA-DAZE-NOM MANZANERES,

PLAINTIFF

V.

ELKO COUNTY SCHOOL DISTRICT, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CV-N-07-076

TO: (Name and address of Defendant)

CORPORATION OF THE PRESIDENT OF THE CHURCH OF LATTER
DAY SAINTS
502 East John St.
Room E
Carson City, NV  89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARVEL & KUMP, LTD.
217 Idaho Street
Elko, NV  89801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                  2/15/2007
_____        _____
Clerk                                                    Date

*Lance S Wilson*
_____

⅔AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/9/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BILL SAVAGE | PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: 502 EAST JOHN STREET, ROOM E
CARSON CITY, NV 89706

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/9/07___
        Date

*Bill Savage*
Signature of Server

P.O. BOX 2087, RENO NV 89515-0871
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT ORIGINAL

District of _____

DA-DAZE-NOM MANZANERES,

PLAINTIFF

V.

**SUMMONS IN A CIVIL ACTION**

ELKO COUNTY SCHOOL DISTRICT, et al.

CASE NUMBER:  CV-N-07-076

TO: (Name and address of Defendant)

CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF
LATTER DAY SAINTS
502 East John St.
Room E
Carson City, NV  89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARVEL & KUMP, LTD.
217 Idaho Street
Elko, NV  89801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                        2/15/2007

Clerk                                                      Date

*Lance S. Wilson*

*⅄AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/9/07 |
| NAME OF SERVER *(PRINT)* BKC SAVAGE | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 502 EAST JOHN STREET, ROOM E CARSON CITY, NV 89706

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/9/07      *Bill Savage*
           Date             *Signature of Server*

          P.O. BOX 20871, RENO, NV 89515-0871
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.