```
1  THOMAS P. BEKO, ESQ. (#002653)
   99 West Arroyo Street
2  P.O. Box 3559
   Reno, Nevada 89505
3  Telephone: (775) 786-3930
   Attorneys for Defendants
4
5
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DA-DAZE-NOM MANZANARES, | Case No. 3:07-cv-00076-LRH-RAM |
| Plaintiffs, | |
| vs. | |
| ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5. | DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S CERTIFICATE OF INTERESTED PARTIES |
| Defendants. | |

The undersigned, counsel of record for Defendant ELKO COUNTY SCHOOL DISTRICT, certifies that the following have an interest in the outcome of this case:

1. The above designated named parties in this action.

2. There are no other known interested parties other than those described above.

///

///

///

1      These representations are made to enable judges of the court to evaluate possible
2 recusal.
3      DATED this 1st day of May, 2007.

                          ERICKSON, THORPE & SWAINSTON, LTD.

                          By       /S/
                               THOMAS P. BEKO, ESQ.
                               Attorneys for Elko County School District