1 | THOMAS P. BEKO, ESQ. (Bar No. 002653)
2 | 99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
3 | Telephone: (775) 786-3930
4 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DA-DAZE-NOM MANZANARES, | Case No. 3:07-cv-00076-LRH-RAM |
| Plaintiffs, | |
| vs. | |
| ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5. | **DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN DEFENDANTS' MOTION TO DISMISS** |
| Defendants. / | |

**DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Defendant ELKO COUNTY SCHOOL DISTRICT, by and through its attorneys, Erickson, Thorpe and Swainston, and Thomas P. Beko, Esq., hereby joins Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of

///

///

1 | Latter Day Saints' and Corporation of the President of the Church of Jesus Christ of
2 | Latter-Day Saints and Successors' Motion to Dismiss.
3 |     DATED this 10th day of May, 2007.

ERICKSON, THORPE & SWAINSTON, LTD.

By    /S/
THOMAS P. BEKO, ESQ.
Attorneys for Elko County School District