| | |
|---|---|
| 1 | KELLY G. WATSON |
| | Nevada Bar No.: 893 |
| 2 | COLT B. DODRILL |
| | Nevada Bar No.: 9000 |
| 3 | The Law Offices of WATSON ROUNDS |
| 4 | A Professional Corporation |
| | 5371 Kietzke Lane |
| 5 | Reno, Nevada 89511 |
| | Telephone: (775) 324-4100 |
| 6 | Facsimile: (775) 333-8171 |
| 7 | Attorneys for Defendant, |
| | GARY LEE JONES, SR. |

8

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

10  DA-DAZE-NOM MANZANARES,      )
11                              )
           Plaintiff,            )     CASE NO.: 3:07-cv-00076-LRH-RAM
12  vs.                          )
                                 )
13  ELKO COUNTY SCHOOL DISTRICT, )
    GARY LEE JONES, SR., as agent for )
14  ELKO COUNTY SCHOOL DISTRICT, )
15  and GARY LEE JONES, SR., individually, )
    and CORPORATION OF THE       )
16  PRESIDING BISHOP OF THE CHURCH )
    OF JESUS CHRIST OF LATTER-DAY )
17  SAINTS, a foreign corporation registered to )
    Do business in the State of Nevada; )
18  CORPORATION OF THE PRESIDENT OF)
19  THE CHURCH OF JESUS CHRIST OF )
    LATTER-DAY SAINTS AND        )
20  SUCCESSORS, a foreign corporation )
    Registered to do business in the State of )
21  Nevada; and Does 1-5, and XYZ )
22  Corporations 1-5,             )
                                 )
23         Defendants,            )
                                 )

### CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for defendant, GARY LEE JONES, SR., certifies that

27  ///

28  ///

there are no other parties, other than those named, that have an interest in the outcome of this case.

DATED this 11th day of May, 2007.

Law Offices of WATSON ROUNDS
A Professional Corporation

By: _____
COLT B. DODRILL, ESQ
Nevada Bar No.: 9000
Attorney for Defendant
   GARY LEE JONES, SR.

## CERTIFICATE OF SERVICE

I, Bonnie O'Laughlin, hereby certify that a copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was served on the following persons **VIA ELECTRONIC MAIL**:

Jeffrey J. Kump, Esq.
MARVEL & KUMP, LTD
217 Idaho Street, P. O. Box 2645
Elko, Nevada 89803-2645
Attorney for Plaintiff

Thomas P. Beko, Esq.
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo St.
Reno, Nevada 89509

Kent Robison, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503,
Attorney for Defendants,
Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors

DATED this 11th day of May, 2007.

_____
An Employee of Watson Rounds