```
 1  JEFFREY J. KUMP
    Nevada Bar No. 5694
 2  MARVEL & KUMP, LTD
    217 Idaho Street
 3  Elko, NV 89801
    Telephone: (775) 777-1204
 4  Facsimile:  (775) 738-0187
    LISA K. MENDEZ
 5  Nevada Bar No. 6418
    LISA K. MENDEZ, LTD
 6  927 Idaho Street
    Elko, NV 89801
 7  Telephone: (775) 777-9164
    Facsimile:  (775) 777-9660
 8  Attorneys for Plaintiff
 9
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DA-DAZE-NOM MANZANARES, | |
| Plaintiff, | **CASE NO. 3:07-CV-00076** |
| vs. | |
| ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER - DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5. | |
| Defendants. | |

## CERTIFICATE OF INTERESTED PARTIES

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, Nevada 89801
(775) 738-9881

1

Dockets.Justia.com

1  The undersigned counsel of record for Plaintiff, DA-DAZE-NOM MANZANARES, certifies
2  that there are no other parties, other than those named, that have an interest in the outcome of this
3  case.
4  DATED this __14__ day of May, 2007.

                MARVEL & KUMP, LTD.
                217 Idaho Street
                Elko, Nevada 89801

                JEFFREY J. KUMP
                Attorneys for Plaintiff
                Nevada State Bar No. 5694