```
Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors
```

ELECTRONICALLY FILED 5/15/07

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

    Defendants.
_____/

CASE NO. 07-CV-00076-LRH-RAM

### CERTIFICATE OF INTERESTED PARTIES (LR 10-6)

    Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors are aware of no persons or entities other than the Plaintiff and the Defendants named in the caption of this action that are interested in or will be financially impacted by the outcome of this litigation.

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

Dockets.Justia.com

DATED this 15th day of May, 2007.

        ROBISON, BELAUSTEGUI, SHARP & LOW
        A Professional Corporation
        71 Washington Street
        Reno, Nevada 89503

By: /s/ Kent R. Robison

        KENT R. ROBISON
        CLAYTON P. BRUST
        JENNIFER L. BAKER
        Attorneys for Defendants
        Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **Certificate of Interested Parties (LR 10-6)** to be served on all parties to this action by:

__x__ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ personal delivery/hand delivery

_____ facsimile (fax)

_____ Federal Express/UPS or other overnight delivery

_____ Reno Carson Messenger Service

Jeffrey J. Kump, Esq.  
Marvel & Kemp, Ltd.  
217 Idaho Street  
P.O. Box 2645  
Elko, NV 89803-2645  
Facsimile: (775) 738-0187  
Attorneys for Plaintiff

Thomas P. Beko, Esq.  
Erickson, Thorpe & Swainston, Ltd.  
99 West Arroyo Street  
P.O. Box 3559  
Reno, NV 89505  
Facsimile: (775) 786-4160  
Attorneys for Defendant  
Elko County School District

Dated this 15th day of May, 2007.

/s/ V. JAYNE FERRETTO  
Employee of Robison, Belaustegui, Sharp & Low

J:\WPData\Krr\1105.001\P-Certificate of Interested Parties.wpd