Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

**ELECTRONICALLY FILED: 06/07/07**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and
GARY LEE JONES, SR., as agent for ELKO
COUNTY SCHOOL DISTRICT, and GARY LEE
JONES, SR., individually, and CORPORATION
OF THE PRESIDING BISHOP OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, a foreign corporation registered to
do business in the State of Nevada;
CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS AND SUCCESSORS, a foreign
corporation registered to do business in the State
of Nevada; and Does 1-5, and XYZ Corporations
1-5.

    Defendants.
_____/

**CASE NO. 07-CV-00076-LRH-RAM**

**AFFIDAVIT OF CLAYTON P. BRUST IN SUPPORT OF STIPULATION
AND REQUEST FOR LEAVE TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS**

STATE OF NEVADA    )
                          ) ss.
COUNTY OF WASHOE  )

    I, CLAYTON P. BRUST, being first duly sworn, under penalty of perjury affirm that the following assertions are true to the best of my knowledge and belief:

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

dockets.Justia.com

1. I am a duly licensed attorney, authorized to practice in the State of Nevada and our firm represents Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors ("the Church") in this matter.

2. The Church did not receive a copy of Plaintiff's opposition (Docket #22) to the Church's motion to dismiss (Docket #15), either electronically or otherwise, when the opposition was filed on May 14, 2007.

3. The Church is unaware of why it did not receive a copy of Plaintiff's opposition, and certainly is not laying any fault with Plaintiff for not receiving the opposition. Further, the Church is currently investigating why it has not received any of the other filings, electronic or otherwise, from the other parties in this matter.

4. The only reason the Church failed to file a reply in support of its motion to dismiss pursuant to timing requirements set forth by the local rules is because the Church was unaware that an opposition had been filed.

DATED this ____ day of June, 2007.

_____
Clayton P. Brust Esq.
Attorney for Defendants
Corporation of the Presiding Bishop of the Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of the Church of Jesus
Christ of Latter-Day Saints and Successors

SUBSCRIBED and SWORN to before me this ___ day of June, 2007.

_____
NOTARY PUBLIC

W. OSBORNE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 93-2063-2 - Expires August 1, 2009

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **AFFIDAVIT OF CLAYTON P. BRUST IN SUPPORT OF STIPULATION AND REQUEST FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** to be served on all parties to this action by:

__√__    placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____    personal delivery/hand delivery

_____    facsimile (fax)

_____    Federal Express/UPS or other overnight delivery

_____    Reno Carson Messenger Service

| | |
|---|---|
| Jeffrey J. Kump, Esq. | Thomas P. Beko, Esq. |
| Marvel & Kemp, Ltd. | Erickson, Thorpe & Swainston, Ltd. |
| 217 Idaho Street | 99 West Arroyo Street |
| P.O. Box 2645 | P.O. Box 3559 |
| Elko, NV 89803-2645 | Reno, NV 89505 |
| Facsimile: (775) 738-0187 | Facsimile: (775) 786-4160 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | Elko County School District |

Dated this ___ day of _____, 2007.

_____
Employee of Robison, Belaustegui,
Sharp & Low

3