THOMAS P. BEKO, ESQ. (Bar No. 002653)
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DA-DAZE-NOM MANZANARES,<br><br>Plaintiffs,<br><br>vs.<br><br>ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.<br><br>Defendants. | Case No. 3:07-cv-00076-LRH-RAM<br><br>**DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN CO-DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

**DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN CO-DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

COMES NOW, Defendant ELKO COUNTY SCHOOL DISTRICT, by and through its attorneys, Erickson, Thorpe and Swainston, and Thomas P. Beko, Esq., hereby joins Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of

///

///

1 | Latter Day Saints' and Corporation of the President of the Church of Jesus Christ of
2 | Latter-Day Saints and Successors' Reply in Support of Motion to Dismiss.
3 |     DATED this 11th day of June, 2007.

                          ERICKSON, THORPE & SWAINSTON, LTD.

                          By        /S/
                                  THOMAS P. BEKO, ESQ.
                                  Attorneys for Elko County School District

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on June 11, 2007, pursuant to NRCP 5(b), I personally served a true and correct copy of the **DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN CO-DEFENDANT'S REPLY TO MOTION TO DISMISS** by:

☒ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service

addressed to the following:

Jeffrey J. Kump, Esq.
Marvel & Kump, Ltd.
217 Idaho Street
P.O. Box 2645
Elko, Nevada 89803-2645

Kelly G. Watson, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, Nevada 89511

Kent R. Robison, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503

_/s/ Tessa Young_
Tessa Young