Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

ELECTRONICALLY FILED: 06/07/07

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and
GARY LEE JONES, SR., as agent for ELKO
COUNTY SCHOOL DISTRICT, and GARY LEE
JONES, SR., individually, and CORPORATION
OF THE PRESIDING BISHOP OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, a foreign corporation registered to
do business in the State of Nevada;
CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS AND SUCCESSORS, a foreign
corporation registered to do business in the State
of Nevada; and Does 1-5, and XYZ Corporations
1-5.

    Defendants.
_____/

CASE NO. 07-CV-00076-LRH-RAM

**STIPULATION AND REQUEST FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS; ORDER**

Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors, ("The Church"), and Plaintiff Da-Daze-Nom Manzanares, hereby stipulate to and request an order granting leave for The Church to file a reply in support of its motion to

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

dismiss (Docket #15). The Church did not receive a copy of Plaintiff's opposition (Docket #22) to The Church's motion to dismiss, either electronically or otherwise, when the opposition was filed on May 14, 2007. (Brust aff. ¶2). The Church is unaware of why it did not receive a copy of Plaintiff's opposition, and certainly is not laying any fault with Plaintiff for not receiving the opposition. (Brust aff. ¶3). Further, The Church is currently investigating why it has not received any of the other filings, electronic or otherwise, from the other parties in this matter. (Brust aff. ¶3). The only reason The Church failed to file a reply in support of its motion to dismiss pursuant to timing requirements set forth by the local rules is because The Church was unaware that an opposition had been filed. (Brust aff. ¶4). Accordingly, the parties respectfully request leave of the Court to allow The Church to file a reply in support of its motion to dismiss no later than June 11, 2007.

So Stipulated:

DATED this 7th day of June, 2007.          DATED this 4 day of June, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop
of The Church of Jesus Christ of
Latter-Day Saints and
Corporation of the President of The
Church of Jesus Christ of Latter-Day
Saints and Successors

MARVEL & KUMP, LTD.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645

By: _____
JEFFREY J. KUMP, ESQ.
Attorney for Plaintiff
Da-Daze-Nom Manzanares

**ORDER**

The Court, having reviewed the Stipulation and Request for Leave to file Reply in Support of Motion to Dismiss, and good cause appearing therefore, hereby grants the request. Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors shall have until June 11, 2007 to file and serve a reply in support of their motion to dismiss (Docket #15).

DATED this 11th day of June, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE