JEFFREY J. KUMP
Nevada Bar No. 5694
MARVEL & KUMP, LTD
217 Idaho Street
Elko, NV 89801
Telephone: (775) 777-1204
Facsimile: (775) 738-0187
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DA-DAZE-NOM MANZANARES,<br><br>    Plaintiff,<br><br>vs.<br><br>ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER - DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.<br><br>    Defendants. | CASE NO. 3:07-CV-00076<br><br>STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (SPECIAL SCHEDULING REVIEW REQUESTED) |

    Plaintiff, Da-daze-nom Manzanares, by and through her attorneys, Marvel & Kump, Ltd., and Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter - Day Saints and Corporation of The President of The Church of Jesus Christ of Latter-day Saints And Successors' by and through their attorneys, Kent R. Robison of Robison, Belaustegui, Sharp & Low and Defendant Gary Lee Jones, by and through his attorneys, Kelly Watson and Colt B. Dodrill of Watson Rounds, P.C. and Defendant Elko County School District, by and through its attorney

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, Nevada 89801
(775) 738-9881

1

Dockets.Justia.com

Thomas P. Beko of Erickson, Thorpe & Swainston, Ltd submit the following Stipulated Discovery Plan and Scheduling Order, in compliance with LR 26-1(e), as follows:

1. Defendant Elko County School District filed its Answer on April 17, 2007; the parties completed their Fed. R. Civ. P. 26(f) meeting on May 31, 2007;

2. The last day to complete discovery is Tuesday, November 27, 2007 (One hundred and eighty (180) days from the Fed. R. Civ. P. 26(f) meeting on May 31, 2007, and one (1) month and fifteen (15) days beyond LR 26-1(e)(1) requirement);

3. The last date to file motions to amend pleadings or to add parties is Thursday, August 30, 2007 (90 days prior to the close of discovery);

4. The last day for the parties to disclose experts is Friday, September 28, 2007 (60 days prior to the close of discovery);

5. The last day for the parties to submit an interim status report (per LR 26-3) is Friday September 28, 2007 (60 days prior to the close of discovery);

6. The last day for the parties to disclose of rebuttal expert witnesses is October 29, 2007 (29 days prior to the close of discovery);

7. The last day for filing dispositive motions is December 27, 2007 (30 days following the close of discovery);

8. The last day for lodging with the court the proposed Joint Pretrial Order is Friday, January 25, 2008 (29 days following the last day to file dispositive motions). However, should dispositive motions be filed, in that event the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision of all dispositive motions or as further ordered by the court;

9. All initial motions or stipulations to extend discovery shall be received by the Court by November 7, 2007 (20 days prior to the close of discovery); Subsequent or additional motions or stipulations to extend the time for discovery shall be received by the Court at least twenty (20) days prior to the expiration of any other extension of discovery that may have been approved by the Court;

The parties have agreed that longer time periods should apply to this case as counsel have several trials scheduled prior to the normal discovery cut off date.

RESPECTFULLY SUBMITTED this 14th day of June, 2007.

MARVEL & KUMP, LTD.
217 Idaho Street
Elko, Nevada 89801

_____
JEFFREY J. KUMP
Attorneys for Plaintiff
Nevada State Bar No. 5694


ERICKSON, THORPE & SWAINSTON, LTD
99 W. Arroyo
P.O. Box 3559
Reno, NV 89505


_____
THOMAS P. BECKO
Attorney for Defendant
Elko County School District
Nevada State Bar No. _____


WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, NV 89511


_____
KELLY WATSON
Attorney for Defendant
Gary Lee Jones, Sr.
Nevada State Bar No. _____


ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503


_____
KENT R. ROBISON
Attorney for Defendant's
President and Bishop of the Church of Jesus Christ of Latter Day Saints
Nevada State Bar No. _____

IT IS SO ORDERED this 14th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

ERICKSON, THORPE & SWAINSTON, LTD
99 W. Arroyo
P.O. Box 3559
Reno, NV 89505

_____
THOMAS P. BEKO
Attorney for Defendant
Elko County School District
Nevada State Bar No. 2563

WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, NV 89511

_____
KELLY WATSON
Attorney for Defendant
Gary Lee Jones, Sr.
Nevada State Bar No. _____

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503

_____
KENT R. ROBISON
Attorney for Defendant's
President and Bishop of the Church of Jesus
Christ of Latter Day Saints
Nevada State Bar No. _____

IT IS SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

ERICKSON, THORPE & SWAINSTON, LTD
99 W. Arroyo
P.O. Box 3559
Reno, NV 89505

---

THOMAS P. BECKO
Attorney for Defendant
Elko County School District
Nevada State Bar No. _____

WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, NV 89511

---

KELLY WATSON
Attorney for Defendant
Gary Lee Jones, Sr.
Nevada State Bar No. 893

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503

---

KENT R. ROBISON
Attorney for Defendant's
President and Bishop of the Church of Jesus Christ of Latter Day Saints
Nevada State Bar No. _____

IT IS SO ORDERED this _____ day of _____, 2007.

---

UNITED STATES MAGISTRATE JUDGE

ERICKSON, THORPE & SWAINSTON, LTD
99 W. Arroyo
P.O. Box 3559
Reno, NV 89505


_____
THOMAS P. BECKO
Attorney for Defendant
Elko County School District
Nevada State Bar No. _____


WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, NV 89511


_____
KELLY WATSON
Attorney for Defendant
Gary Lee Jones, Sr.
Nevada State Bar No. _____


ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503

*/s/ Jennifer Baker*
_____
KENT R. ROBISON
Attorney for Defendant's
President and Bishop of the Church of Jesus Christ of Latter Day Saints
Nevada State Bar No. 9559


IT IS SO ORDERED this _____ day of _____, 2007.


_____
UNITED STATES MAGISTRATE JUDGE