| | |
|---|---|
| Kent R. Robison, Esq. (Bar No. 1167)<br>Clayton P. Brust, Esq. (Bar No. 5234)<br>Jennifer L. Baker, Esq. (Bar No.9559)<br>ROBISON, BELAUSTEGUI, SHARP & LOW<br>71 Washington Street<br>Reno, Nevada 89503<br>Telephone: (775) 329-3151<br>Facsimile:  (775) 329-7941<br>Attorneys for Defendants<br>Corporation of the Presiding Bishop of The Church<br>of Jesus Christ of Latter-Day Saints and<br>Corporation of the President of The Church of Jesus<br>Christ of Latter-Day Saints and Successors | **ELECTRONICALLY FILED** 09/06/07 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

   Plaintiff,

vs.              **CASE NO. 07-CV-00076-LRH-RAM**

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

   Defendants.
_____/

**STIPULATION TO ALLOW INDEPENDENT MEDICAL EXAMINATION**

  The parties hereto, Plaintiff Da-Daze-Nom Manzanares , and  Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors, ("The Church"), hereby stipulate to allow the Church's expert, Dr. William Foote, to conduct an independent medical examination of Plaintiff.  The independent medical examination shall occur on

September 12 and 13, 2007, at Dr. William E. Foote's office located at 215 Gold Avenue SW, Ste. 202, Albuquerque, New Mexico. This stipulation is not an admission by Plaintiff as to the validity or appropriateness of any opinions to be rendered by Dr. Foote in this matter and Plaintiff specifically reserves all objections to any testimony to be provided by Dr. Foote.

So Stipulated:

DATED this 5th day of September, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop
of The Church of Jesus Christ of
Latter-Day Saints and
Corporation of the President of The
Church of Jesus Christ of Latter-Day
Saints and Successors

DATED this 5th day of September, 2007.

MARVEL & KUMP, LTD.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645

By: _____
JEFFREY J. KUMP, ESQ.
Attorney for Plaintiff
Da-Daze-Nom Manzanares

2

**CERTIFICATE OF SERVICE**

    Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **STIPULATION TO ALLOW INDEPENDENT MEDICAL EXAMINATION** to be served on all parties to this action by:

__X__ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ personal delivery/hand delivery

_____ facsimile (fax)

_____ Federal Express/UPS or other overnight delivery

_____ Reno Carson Messenger Service

Jeffrey J. Kump, Esq.  
Marvel & Kump, Ltd.  
217 Idaho Street  
P.O. Box 2645  
Elko, NV 89803-2645  
Facsimile: (775) 738-0187  
Attorneys for Plaintiff  

Thomas P. Beko, Esq.  
Erickson, Thorpe & Swainston, Ltd.  
99 West Arroyo Street  
P.O. Box 3559  
Reno, NV 89505  
Facsimile: (775) 786-4160  
Attorneys for Defendant  
Elko County School District  

Kelly G. Watson, Esq.  
Colt B. Dodrill, Esq.  
Watson Rounds  
5371 Kietzke Lane  
Reno, NV 89511  
Facsimile: (775) 333-8171  
Attorneys for Defendant Gary Lee Jones, Sr.

Dated this ____ day of September, 2007.

_____  
Employee of Robison, Belaustegui,  
Sharp & Low

J:\WPData\Krr\1105.001\P-Stipulation to IME.wpd