Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

**ELECTRONICALLY FILED 09/06/07**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

Defendants.
_______________________________________/

**CASE NO. 07-CV-00076-LRH-RAM**

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REQUIRING PLAINTIFF TO SUBMIT TO INDEPENDENT MENTAL EXAMINATION & MOTION FOR ORDER SHORTENING TIME**

Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors (collectively referred to herein as "The Church") hereby withdraw their Motion



Dockets.Justia.com

for Order Requiring Plaintiff to Submit to Independent Mental Examination & Motion for Order Shortening Time filed on August 31, 2007 on the basis the parties have stipulated to the relief sought by the Motion. Accordingly, the Motion is now moot.

DATED this 6th day of September, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: ______________________
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REQUIRING PLAINTIFF TO SUBMIT TO INDEPENDENT MENTAL EXAMINATION & MOTION FOR ORDER SHORTENING TIME** to be served on all parties to this action by:

__X__ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ personal delivery/hand delivery

_____ facsimile (fax)

_____ Federal Express/UPS or other overnight delivery

_____ Reno Carson Messenger Service

Jeffrey J. Kump, Esq.
Marvel & Kump, Ltd.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645
Facsimile: (775) 738-0187
Attorneys for Plaintiff

Thomas P. Beko, Esq.
Erickson, Thorpe & Swainston, Ltd.
99 West Arroyo Street
P.O. Box 3559
Reno, NV 89505
Facsimile: (775) 786-4160
Attorneys for Defendant
Elko County School District

Kelly G. Watson, Esq.
Colt B. Dodrill, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
Facsimile: (775) 333-8171
Attorneys for Defendant Gary Lee Jones, Sr.

Dated this 6th day of September, 2007.

W. Osborne

Employee of Robison, Belaustegui, Sharp & Low

J:\WPData\Krr\1105.001\P-Notice of Withdrawal of Motion to Compel Order to Submit to Examination.wpd