**EXHIBIT B**

**EXHIBIT B**

Dockets.Justia.com

1

2

3

4

5

6

7

8

9                    --oOo--

10      INTERVIEW OF DA-DAZE-NOM MANZANARES

11    CONDUCTED BY DETECTIVE CONNIE BOWERS

12          ELKO POLICE DEPARTMENT

13              February 4, 2003

14                 0950 Hours

15                  --oOo--

16

17

18

19

20

21

22

23                                    COPY

24

25    Transcribed by:          LIZA CHAPEN, RMR, CCR #93
                               California CSR #2065

```
 1          A.   Because it was my birthday.

 2          Q.   Well, what I don't understand is, if you

 3    have sex at the Ameritel Inn, you had a sexual

 4    relationship --

 5               Let me go back for a minute.

 6               At every one of those four times at the

 7    Ameritel Inn, it was just vaginal sex.  Was there any

 8    oral sex?

 9          A.   No.

10          Q.   Did he ever ask you to kiss him anywhere,

11    touch him anywhere?

12          A.   (Inaudible.)

13          Q.   Did you both have your clothes off?

14          A.   Uh-huh.

15          Q.   Okay.  So you saw his complete body?

16          A.   Uh-huh.

17          Q.   Does he have any specific birthmarks on

18    his body?  Anything unusual?  Anything that you

19    remember?  A mole anywhere?

20          A.   He has a scar on his stomach.

21          Q.   A scar on his stomach.

22               What kind of scar?

23          A.   From surgery.

24          Q.   Point -- show me on your stomach.

25          A.   Like right over here.
```

```
 1    STATE OF NEVADA      )
                           )    ss.
 2    COUNTY OF WASHOE     )

 3

 4            I, LIZA CHAPEN, a notary public in and for

 5    the County of Washoe, State of Nevada, do hereby

 6    certify:

 7            That the taped interview of Da-daze-nom

 8    Manzanares was taken in Stenotype notes by me, a

 9    Certified Court Reporter, and thereafter reduced to

10    writing by means of computer-assisted transcription

11    as herein appears;

12            That the foregoing transcript, consisting

13    of pages 1 through 42, inclusive, is a full, true and

14    correct transcription of said taped interview to the

15    best of my ability to hear and understand.

16

17

18    LIZA CHAPEN, CCR #93, RMR
      California CSR #2065
19

20

21

22

23

24

25
```

**EXHIBIT C**

**EXHIBIT C**

LAW OFFICES OF

ROBISON, BELAUSTEGUI, SHARP & LOW

A PROFESSIONAL CORPORATION

KENT R. ROBISON
THOMAS L. BELAUSTEGUI
F. DEARMOND SHARP
KEEGAN G. LOW
BARRY L. BRESLOW
MARK G. SIMONS

71 WASHINGTON STREET
RENO, NEVADA 89503
TELEPHONE (775) 329-3151
FACSIMILE (775) 329-7941
(775) 329-7169

MICHAEL E. SULLIVAN
CLAYTON P. BRUST
NATALIE J. REED
STEFANIE T. SHARP

JENNIFER L. BAKER

August 29, 2007

**Via Facsimile (775) 738-0187
and Original U.S. Mail**
Jeffrey J. Kump, Esq.
MARVEL & KUMP, LTD.
217 Idaho Street
Elko, NV 89803-2645

> **Re: Manzanares v. Corporation of the Presiding Bishop of The Church of
> Jesus Christ of Latter-Day Saints and Corporation of the President of
> The Church of Jesus Christ of Latter-Day Saints and Successors, et als**

Dear Mr. Kump:

Earlier this week I sent a letter requesting a stipulation to have our expert, Dr. Foote, examine Ms. Manzanares on September 12 and 13, 2007 in Albuquerque, New Mexico.  Please let me know whether this is acceptable as soon as possible.  Otherwise, I will be forced to file a motion with the Court.

On a related note, we have not received any documents supporting Ms. Manzanares' claim for emotional suffering.  As you know, FRCP 26(a)(1)(B)& (C) require that the Plaintiff produce all documents in the possession, custody, or control of the Plaintiff that will be used to support her claims and all materials bearing on the nature and extent of injuries the Plaintiff has suffered.  Obviously, we will need these documents for our expert to appropriately examine Ms. Manzanares.  Please provide those to me as soon as possible so I can forward them to our expert.

I look forward to hearing from you.

Sincerely,

Clayton P. Brust, Esq.

CPB/wo
cc: Thomas P. Beko, Esq.
cc: Kelly G. Watson, Esq.

J:\WPData\Krr\1105.001\L-Kump 08 29 07 [cpb].wpd

# EXHIBIT D

# EXHIBIT D

1   Jeffrey J. Kump, Esq. (Bar No. 5694)
    Nevada Bar No. 5694
2   MARVEL & KUMP, LTD
    217 Idaho Street
3   Elko, NV 89801
    Telephone: (775) 777-1204
4   Facsimile: (775) 738-0187
    Attorneys for Plaintiff

5

6               UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA

8

    DA-DAZE-NOM MANZANARES,
9
                  Plaintiff,
10
              vs.                           CASE NO. 3:07-CV-00076
11

12  ELKO COUNTY SCHOOL DISTRICT, and
    GARY LEE JONES, SR., as agent for ELKO
    COUNTY SCHOOL DISTRICT, and GARY LEE
13  JONES, SR., individually, and CORPORATION    FRCP 26 (F)
    OF THE PRESIDING BISHOP OF THE              INITIAL DISCLOSURE
14  CHURCH OF JESUS CHRIST OF LATTER -
    DAY SAINTS, a foreign corporation registered to
15  do  business  in  the  State  of  Nevada;
    CORPORATION OF THE PRESIDENT OF THE
16  CHURCH OF JESUS CHRIST OF LATTER-
    DAY SAINTS AND SUCCESSORS, a foreign
17  corporation registered to do business in the State
    of Nevada; and Does 1-5, and XYZ Corporations
18  1-5.

19                Defendants.
                                        /
20

21

22      Pursuant to FRCP 26(f), Plaintiff, DA-DAZ-NOM MANZANARAS submits the

    following  initial disclosures:
23

24  A.      WITNESSES

25      1.  Da Daze Nom Manzanaras
            c/o Marvel & Kump, Ltd.
26          217 Idaho Street
            Elko, NV 89801
27
                Ms. Manzanaras has information and knowledge concerning her allegations which form the
28              basis of her lawsuit.

                        MARVEL & KUMP, LTD.
                           Attorneys at Law
                           217 Idaho Street
                            Elko, NV 89801

2. Gary Lee Jones
   c/o Kelly G. Watson, Esq.
   Watson Rounds
   5371 Kietzke Lane
   Reno, NV 89511

   Mr. Jones has information and knowledge concerning the allegations made against him by Plaintiff.

3. Lucille Jones
   3760 E. Idaho Street, #5
   Elko, NV 89803

   Mrs. Jones has information and knowledge concerning the allegations made against Mr. Jones by Ms. Manzanaras.

4. Martha Seahmer
   P.O. Box 303
   Owyhee, NV 89832

   Mrs. Seahmer has information and knowledge concerning the allegations made against Mr. Jones by Ms. Manzanaras, acts of culpability by Mr. Jones, and information pertaining to the injuries suffered by Ms. Manzanaras.

5. Rudolph Seahmer
   P.O. Box 303
   Owyhee, NV 89832

   Mr. Seahmer has information and knowledge concerning the allegations made against Mr. Jones by Ms. Manzanaras, acts of culpability by Mr. Jones, and information pertaining to the injuries suffered by Ms. Manzanaras.

6. Delmar Kelly
   Owyhee High School
   Owyhee, NV
   (775) 757-3262
   Mr. Kelly has information concerning Mr. Jones' stay at a Elko Motel room with Ms. Manzanaras during an Elko County School Meeting.

7. Rod Dewitt
   Jackpot High School
   Jackpot, NV
   (775) 755-2593

   Mr. Dewitt has information concerning Mr. Jones' stay at a Elko Motel room with Ms. Manzanaras during an Elko County School Meeting.

8. Steve Willis
   West Wendover High
   West Wendover, NV 89883
   (775) 644-4421

   Mr. Willis  has information concerning Mr. Jones' stay at a Elko Motel room with Ms. Manzanaras during an Elko County School Meeting.

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-2-

Received Time Jun. 13. 5:07PM

9. Javier Pacheco
   West Wendover Elementary
   West Wendover, NV 89883
   (775) 644-2325

   Mr. Pacheco has information concerning Mr. Jones' stay at a Elko Motel room with Ms. Manzanaras during an Elko County School Meeting.

10. Gwen Thacker
    Owyhee High School
    Owyhee, NV 89832
    (775) 757-3262

    Ms. Thacker has information concerning reports from employees and private citizens concerning the allegations made by Ms. Manzanaras.

11. Dairo Pedersen
    Wells High School
    Wells, NV 89835
    (775) 752-3477

    Mr. Pedersen has information concerning reports from employees and private citizens concerning the allegations made by Ms. Manzanaras

12. Randy Stocking
    c/o Robison, Belaustegui, Sharp & Low

    Mr. Stocking has information concerning the allegations of Ms. Manzanaras and the actions of employees of Elko County School District.

13. Kalles Hanker
    Owyhee High School
    Owyhee, NV 89832

    Ms. Hanker has information concerning the allegations of Ms. Manzanaras and the actions of employees of Elko County School District.

14. Greg Dunkley
    Intermountain Hospital
    303 N Allumbaugh St
    Boise, ID 83704
    (208) 377-8400

    Mr. Dunkley has information and knowledge concerning injuries incurred and treatment necessary for Ms. Manzanaras as a result of Defendants' conduct.

15. Christine Harrington, MD
    Intermountain Hospital
    303 N Allumbaugh St
    Boise, ID 83704
    (208) 377-8400

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-3-

Received Time Jun. 13. 5:07PM

Dr. Harrington has information and knowledge concerning injuries suffered and treatment necessary for Ms. Manzanaras as a result of Defendants' conduct.

16. Rich Michaelson, LCSW
Intermountain Hospital
303 N Allumbaugh St
Boise, ID 83704
(208) 377-8400

Mr. Michaelson has information and knowledge concerning injuries suffered and treatment necessary for Ms. Manzanaras as a result of Defendants' conduct.

**B.    DOCUMENTS**

1. Criminal Complaint against Gary Lee Jones, filed December 30, 2002.
   Bate-Stamped Nos. 000001-000003.

2. City of Elko Police Report dated November 27, 2002.
   Bate-Stamped Nos. 000004-000008

3. BIA Interview of Lucille Jones, 8/28/02
   Bate-Stamped Nos. 000009-000012

4. BIA Interview of Gary Lee Jones, 8/28/02
   Bate-Stamped Nos. 000013-000019

5. BIA Interview of Rudolph Seahmer
   Bate-Stamped Nos. 000020-000021

6. BIA contact with LT. Leona Broncho and BIA report along with criminal history of          Gary Lee Jones, SR.
   Bate-Stamped Nos. 000022- 000037

7. BIA Interview of Art Shaw, Elko County School District
   Bate-Stamped Nos. 000038-000048

8. FBI Interview of Dr. Christine Harrington, Intermountain Hospital, Boise, ID
   Bate-Stamped Nos. 000049-000050

9. FBI report regarding attached records from Ameritel Hotel, Elko, NV
   Bate-Stamped Nos. 000051-000056

10. FBI List of other Attendees that attended same training conference as
    Gary Lee Jones, Sr.
    Bate-Stamped Nos. 000057-000058

11. BIA chain regarding 3.5 computer diskettes located by Matha Seahmer
    Bate-Stamped Nos. 000059-000060

12. FBI Interview of therapist Greg Dunkley
    Bate-Stamped Nos. 000061-000066

13 . Judgement and Conviction of Gary Lee Jones, Sr.

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-4-

Bate-Stamped Nos. 000067-000071

14. Intermountain Hospital Records, for DA Daze Nom Manzanaras, available with court order pursuant to HEPA requirements.

**C.    COMPUTATION OF DAMAGES**

As a result of Defendants' actions, Plaintiff developed suicidal ideations, severe emotional distress, pain and suffering, that necessitated a six-month stay at Intermountain Hospital and extended mental health counseling in an amount presently unknown. Plaintiff additionally has special damages, including past, present and future medical, counseling, psychological treatment and costs of suit and attorney fees in an amount to be established at trial. Counsel will supplement this disclosure as information becomes available.

**D.    INSURANCE POLICIES**

1. Not Applicable

Dated _6-13-07_

_____
JEFFREY J. KUMP
ATTORNEY FOR PLAINTIFF
NEVADA STATE BAR NO. 5694

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-5-

1

2                            **CERTIFICATE OF MAILING**

3            Pursuant to FRCP5 (b), I certify that I am an employee of MARVEL & KUMP, LTD,

4    Attorneys at Law, and that on this date I deposited for mailing at Elko, Nevada, a copy of the within

5    document addressed as follows:

6                              Kelly G. Watson, Esq.
                               Colt B. Dodrill, Esq.
7                              Watson Rounds
                               5371 Kietzke Lane
8                              Reno, NV 89511
                               Attorneys for Defendant
9                              Gary Lee Jones, Sr.

10                             Thomas P. Beko, Esq.
                               Erickson, Thorpe & Swainston, LTD
11                             99 West Arroyo Street
                               Reno, NV 89509
12                             Attorneys for Defendant
                               Elko County School District
13
                               Kent R. Robison, Esq.
14                             Robison, Belaustegui, Sharp & Low
                               71 Washington Street
15                             Reno, NV 89503
                               Attorney for Defendant
16                             Corporation of the Presiding Bishop and President of the
                               Church of Jesus Christ of Latter-Day Saints
17

18        DATED this 13th day of June, 2007.

19

20                                   Joann Iverson

21

22

23

24

25

26

27

28

MARVEL & KUMP, LTD.
Attorneys at Law
217 Idaho Street
Elko, NV 89801
775-777-1204

-6-

Received Time Jun. 13.    5:07PM

**EXHIBIT E**

**EXHIBIT E**

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ IDAHO

DA-DAZE-NOM MANZANARES,

V.

ELKO COUNTY SCHOOL DISTRICT, and GARY
LEE JONES, SR., as agent for ELKO COUNTY, et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07-CV-00076-LRH-RAM

TO:  Custodian of Records
     Intermountain Hospital
     303 North Allumbaugh Street
     Boise, ID 83704

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All notes, files and records regarding the care and treatment of Da-Daze-Nom Manzanares while in your care and/or facility.

| PLACE    Robison, Belaustegui, Sharp & Low<br>71 Washington Street, Reno, NV 89503 | DATE AND TIME<br>9/20/2007 11:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 8/30/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Clayton P. Brust                    tele: 775.329.3151
Robison, Belaustegui, Sharp & Low; 71 Washington Street, Reno, NV 89503

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

LAW OFFICES OF

ROBISON, BELAUSTEGUI, SHARP & LOW

A PROFESSIONAL CORPORATION

KENT R. ROBISON
THOMAS L. BELAUSTEGUI
F. DEARMOND SHARP
KEEGAN G. LOW
BARRY L. BRESLOW
MARK G. SIMONS

71 WASHINGTON STREET

RENO, NEVADA 89503

TELEPHONE (775) 329-3151
FACSIMILE (775) 329-7941
(775) 329-7169

MICHAEL E. SULLIVAN
CLAYTON P. BRUST
NATALIE J. REED
STEFANIE T. SHARP

JENNIFER L. BAKER

August 31, 2007

Intermountain Hospital
Custodian of Records
303 North Allumbaugh Street
Boise, ID 83704

Re:    Da-Daze-Nom Manzanares
       Manzanares v. Elko County School District, et al.

To Whom It May Concern:

Enclosed herewith please find a Subpoena Duces Tecum issued by an Officer of the Court regarding the above-referenced matter. Also, enclosed is a witness fee check in the amount of $35.00 for production of the required documents.

PLEASE BE ADVISED that **personal appearance at the time and place indicated on the enclosed Subpoena is not necessary.** You may respond by delivering by mail or otherwise, no later than September 20, 2007, a true and correct copy of all the records described in the Subpoena. The records must be accompanied by the signed and notarized Affidavit of Records Custodian (attached to the Subpoena) and may be transmitted to:

Clayton P. Brust, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503

Should you have any questions regarding this Subpoena, please contact me at your earliest convenience. Thank you for your anticipated cooperation.

Sincerely,

Clayton P. Brust, Esq.

CPB/wo
Encl. as noted

## CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF IDAHO      )
                        )    ss.
COUNTY OF _____ )

_____, hereby swears, under penalty of perjury and certifies the following:

    1.    That __he is the Custodian of Records of _____ and in such capacity is the custodian of the records of said entity.

    2.    That on the ___ day of _____, 2007, the undersigned received a Subpoena for the release of documents relating to _____.

    3.    That Affiant has examined the original of those records and has made a true and exact copy of them and that the reproduction of the documents attached hereto is true and complete.

    4.    That the original of these documents was made at or near the time of the acts or events recited therein by or from information, transmitted by a person with knowledge of the course of a regularly conducted activity of the Affiant or the entity in which Affiant is engaged or employed.

_____

SUBSCRIBED and SWORN to before me this _____ day of _____, 2007.

_____
          Notary Public

AO88  (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____    IDAHO

DA-DAZE-NOM MANZANARES,

V.

ELKO COUNTY SCHOOL DISTRICT, and GARY
LEE JONES, SR., as agent for ELKO COUNTY, et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07-CV-00076-LRH-RAM

TO:   Custodian of Records
      Owyhee Hospital
      Nevada Highway 225
      Owyhee, NV 89832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All notes, files and records regarding the care and treatment of Da-Daze-Nom Manzanares.

| PLACE   Robison, Belaustegui, Sharp & Low<br>71 Washington Street, Reno, NV 89503 | DATE AND TIME<br>9/20/2007 11:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 8/30/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Clayton P. Brust                           tele: 775.329.3151
Robison,  Belaustegui, Sharp & Low; 71 Washington Street, Reno, NV 89503

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

LAW OFFICES OF
ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION

KENT R. ROBISON
THOMAS L. BELAUSTEGUI
F. DEARMOND SHARP
KEEGAN G. LOW
BARRY L. BRESLOW
MARK G. SIMONS

71 WASHINGTON STREET
RENO, NEVADA 89503
TELEPHONE (775) 329-3151
FACSIMILE (775) 329-7941
(775) 329-7169

MICHAEL E. SULLIVAN
CLAYTON P. BRUST
NATALIE J. REED
STEFANIE T. SHARP

JENNIFER L. BAKER

August 31, 2007

Owyhee Hospital
Behavioral Services
Custodian of Records
Nevada Highway 225
Owyhee, NV 89832

Re:    Da-Daze-Nom Manzanares
       Manzanares v. Elko County School District, et al.

To Whom It May Concern:

Enclosed herewith please find a Subpoena Duces Tecum issued by an Officer of the Court regarding the above-referenced matter. Also, enclosed is a witness fee check in the amount of $35.00 for production of the required documents.

PLEASE BE ADVISED that **personal appearance at the time and place indicated on the enclosed Subpoena is not necessary.** You may respond by delivering by mail or otherwise, no later than September 20, 2007, a true and correct copy of all the records described in the Subpoena. The records must be accompanied by the signed and notarized Affidavit of Records Custodian (attached to the Subpoena) and may be transmitted to:

Clayton P. Brust, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503

Should you have any questions regarding this Subpoena, please contact me at your earliest convenience. Thank you for your anticipated cooperation.

Sincerely,

Clayton P. Brust, Esq.

CPB/wo
Encl. as noted

## CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA          )
                                         )          ss.
COUNTY OF _____ )

_____, hereby swears, under penalty of perjury and certifies

the following:

    1.    That __he is the Custodian of Records of _____ and in

such capacity is the custodian of the records of said entity.

    2.    That on the ___ day of _____, 2007, the undersigned received

a Subpoena for the release of documents relating to _____.

    3.    That Affiant has examined the original of those records and has made a true

and exact copy of them and that the reproduction of the documents attached hereto is

true and complete.

    4.    That the original of these documents was made at or near the time of the

acts or events recited therein by or from information, transmitted by a person with

knowledge of the course of a regularly conducted activity of the Affiant or the entity in

which Affiant is engaged or employed.

_____

SUBSCRIBED and SWORN to before me
this _____ day of _____, 2007.


_____
           Notary Public

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **DEFENDANTS CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' AND CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** to be served on all parties to this action by:

__X__    placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____    personal delivery/hand delivery

_____    facsimile (fax)

_____    Federal Express/UPS or other overnight delivery

_____    Reno Carson Messenger Service

Jeffrey J. Kump, Esq.
Marvel & Kump, Ltd.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645
Facsimile: (775) 738-0187
Attorneys for Plaintiff

Thomas P. Beko, Esq.
Erickson, Thorpe & Swainston, Ltd.
99 West Arroyo Street
P.O. Box 3559
Reno, NV 89505
Facsimile: (775) 786-4160
Attorneys for Defendant
Elko County School District

Kelly G. Watson, Esq.
Colt B. Dodrill, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
Facsimile: (775) 333-8171
Attorneys for Defendant Gary Lee Jones, Sr.

Dated this 6th day of September, 2007.

Employee of Robison, Belaustegui, Sharp & Low

J:\WPData\Krr\1105.001\P-Opposition Motion to Amend.9-5-07.wpd

11