

Kelly G. Watson, Esq. (893)
Aziz N. Merchant, Esq. (10148)
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

Attorneys for Defendant
GARY LEE JONES, SR.

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES )
)
        Plaintiff, )  Case No. 3:07-CV-00076-LRH-RAM
)
    vs. )  **DEFENDANT GARY LEE JONES, SR.'S**
)  **SUGGESTION OF STAY**
ELKO COUNTY SCHOOL DISTRICT; GARY )
LEE JONES, SR., as agent for ELKO )
COUNTY SCHOOL DISTRICT; GARY LEE )
JONES, SR., individually; CORPORATION OF )
THE PRESIDING BISHOP OF THE CHURCH )
OF JESUS CHRIST OF LATTER-DAY SAINTS, )
a foreign corporation registered to do business in )
the State of Nevada; CORPORATION OF THE )
PRESIDENT OF THE CHURCH OF JESUS )
CHRIST OF LATTER-DAY SAINTS AND )
SUCCESSORS, a foreign corporation registered to )
do business in the Sate of Nevada; and Does 1-5, )
and XYZ Corporations 1-5, )
)
        Defendants. )
_____)

    COMES NOW, defendant GARY LEE JONES, SR., by and through counsel of record Kelly G.

Watson, Esq. and Aziz N. Merchant, Esq. of WATSON ROUNDS, and hereby gives this Court notice

that defendant GARY LEE JONES, SR. and his wife, Lucille Jones, initiated voluntary Chapter 7

bankruptcy proceedings on March 28, 2005, and hereby suggests to the Court that the instant matter is

stayed pursuant to 11 U.S.C. §362(a)(1).

Dockets.Justia.com

Attached as Exhibit 1 is a true and correct copy of the Chapter 7 Voluntary Petition in Bankruptcy filed by GARY LEE JONES, SR. and his wife, Lucille Jones, on March 28, 2005, bearing Petition Number 05-50784. Attached hereto as Exhibit 2 is a true and correct copy of the docket sheet from the U.S. Bankruptcy Court showing the filings regarding Petition Number 05-50784.

11 U.S.C. §362 provides in pertinent part:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title … operates as a stay, applicable to all entities, of--

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was **or could have been** commenced before the commencement of the case under this title… (emphasis added)

The Complaint and Demand for Jury Trial in the instant matter was filed by plaintiff DA-DAZE-NOM MANZANARES on February 13, 2007, a date after the filing of defendant GARY L. JONES, SR.'S Bankruptcy Petition Number 05-50784, however plaintiff's Complaint pertains to events which are alleged to have occurred prior to the filing of the bankruptcy petition. As such, plaintiff's Complaint could have been filed prior to defendant GARY L. JONES, SR.'S bankruptcy petition.

A review of the docket sheet shows that the bankruptcy proceedings have been discharged, however, it is hereby suggested to the Court that the instant action and all proceedings thereon are automatically stayed pending further Order from the Bankruptcy Court.

Dated: September 6th, 2007

WATSON ROUNDS

By: _____

Kelly G. Watson, Esq.
Aziz N. Merchant, Esq.
Attorneys for Defendant
GARY LEE JONES SR.

2

-1-

## United States Bankruptcy Court
### District of Nevada

IN RE:                                                    Case No. _____

__JONES, GARY LEE Sr. & JONES, LUCILLE__ _____   Chapter __7__ _____
<br>                                     Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ __500.00__

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ __500.00__

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ __0.00__

2.   The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.   The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March 28, 2005__ _____     __/s/ MATTHEW J. STERMITZ__ _____
<br>            Date                                          Signature of Attorney

                                                    __MATTHEW J. STERMITZ__ _____
<br>                                                       Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

### Chapter 7: Liquidation $209.00

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income $194.00

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term secured obligations.

### Chapter 11: Reorganization $839.00

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer $239.00

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

<center>I HEREBY CERTIFY THAT I HAVE RECEIVED THIS NOTICE.</center>

DEBTOR: /s/ GARY LEE JONES, Sr.                                    DATE: _3/28/2005_
          GARY LEE JONES, Sr.

JOINT DEBTOR: /s/ LUCILLE JONES                                    DATE: _3/28/2005_
          LUCILLE JONES

NOTICE TO INDIVIDUAL CONSUMER DEBTOR

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JONES, GARY LEE Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**JONES, LUCILLE** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **9945** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **6275** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3760 Idaho St**<br>**Elko, NV  89801-4611** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3760 Idaho St**<br>**Elko, NV  89801-4611** |
| County of Residence or of the<br>Principal Place of Business:  **Elko** | County of Residence or of the<br>Principal Place of Business:  **Elko** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 5394**<br>**Elko, NV  89802-5394** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

Case: 05-50784-gwz    Doc #: 1    Filed: 03/28/2005    Page: 4 of 30

(Official Form 1) (12/03)                                                 FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JONES, GARY LEE Sr. & JONES, LUCILLE** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ GARY LEE JONES, Sr.**
Signature of Debtor           **GARY LEE JONES, Sr.**

X **/s/ LUCILLE JONES**
Signature of Joint Debtor        **LUCILLE JONES**

Telephone Number (If not represented by attorney)

**March 28, 2005**
Date

### Signature of Attorney

X **/s/ MATTHEW J. STERMITZ**
Signature of Attorney for Debtor(s)

**MATTHEW J. STERMITZ 003610**
Printed Name of Attorney for Debtor(s)

**MATTHEW J. STERMITZ**
Firm Name

**PO BOX 1964**
Address

**ELKO, NV 89803**

**(775) 753-7739**
Telephone Number

**March 28, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ MATTHEW J. STERMITZ**        **3/28/05**
Signature of Attorney for Debtor(s)           Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

## United States Bankruptcy Court
### District of Nevada

IN RE:                                                    Case No. _____

JONES, GARY LEE Sr. & JONES, LUCILLE _____    Chapter **7** _____
Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 20,502.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 24,451.12 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 6,790.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 24,728.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,108.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,347.00 |
| Total Number of Sheets in Schedules | | 16 | | | |
| Total Assets | | | 20,502.00 | | |
| Total Liabilities | | | | 55,969.88 | |

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SUMMARY OF SCHEDULES

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____    Case No. _____
<div style="text-align:center">Debtor(s)</div>

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** | **0.00** |

<div style="text-align:right">(Report also on Summary of Schedules)</div>

<div style="writing-mode:vertical">© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**SCHEDULE A - REAL PROPERTY**

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u>         Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY

</div>

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | EFCU | C | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | TV, CHAIRS, COUCH, LINEN, HOUSEWARES, DINNERWARE, AUDIO PLAYER, VIDEO PLAYER, TABLES, HOUSEHOLD/YARD TOOLS, CLOCK, HOUSE PLANTS, LAMPS | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | FISHING POLE | C | 2.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | PERS | C | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE                    Case No. _____
                    Debtor(s)

### SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 F350<br>93 CHEVY CAVELLIER | C<br>C | 16,000.00<br>2,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **20,502.00** |

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

IN RE **JONES, GARY LEE Sr. & JONES, LUCILLE** _____ Case No. _____
<span style="padding-left:2em">Debtor(s)</span>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180
days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's
interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY**<br>**TV, CHAIRS, COUCH, LINEN,**<br>**HOUSEWARES, DINNERWARE, AUDIO**<br>**PLAYER, VIDEO PLAYER, TABLES,**<br>**HOUSEHOLD/YARD TOOLS, CLOCK,**<br>**HOUSE PLANTS, LAMPS** | **NRS § 21.090(1)(b)** | **2,000.00** | **2,000.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **JONES, GARY LEE Sr. & JONES, LUCILLE**                                    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL — — — UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CREDIT ACCEPTANCE**<br>**PO BOX 513**<br>**SOUTHFIELD, MI 48037-0513** | | C | 2004. CHEVY CAVILLER | | | | 6,861.00 |
| | | | Value $    2,500.00 | | | | 4,361.00 |
| Account No.<br><br>**FORD MOTOR CREDIT**<br>**PO BOX 18008**<br>**COLORADO SPRINGS, CO 80935-8008** | | C | 2000. SECURITY AGREEMENT FORD F350. | | | | 16,124.00 |
| | | | Value $    16,000.00 | | | | 124.00 |
| Account No.<br><br>**LES SCHWAB**<br>**650 SILVER ST**<br>**ELKO, NV 89801-3834** | | C | 2000-2004. TIRES, GRILL, STEPER, BATTERY | | | | 1,466.12 |
| | | | Value $    16,000.00 | | | | 1,466.12 |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____**0**_____ Continuation Sheets attached

Subtotal (Total of this page)    **24,451.12**

(Complete only on last sheet of Schedule D) **TOTAL**    **24,451.12**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **JONES, GARY LEE Sr. & JONES, LUCILLE**                                        Case No. _____
_____
             Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

**Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

**Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

**Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

**Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

**Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

**Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

✓ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

**Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** Continuation Sheets attached

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u>                    Case No. _____
_____Debtor(s)_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

#### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Department Of Parole And Probation**<br>**3920 Idaho St**<br>**Elko, NV 89801-4692** | C | | **2004.  DEPT. ORDER PSYCHOLOGICAL TESTt** | | | | **925.00**<br>**925.00** |
| Account No.<br>**IRS**<br>**Ogden, UT 84201-0001** | C | | **2002. TAXES** | | | | **2,232.78**<br>**2,232.78** |
| Account No.<br>**IRS**<br>**Ogden, UT 84201-0001** | C | | **2004. TAXES** | | | | **2,232.78**<br>**2,232.78** |
| Account No.<br>**USDA**<br>**1200 E WINNEMUCCA BLVD**<br>**WINNEMUCCA, NV  89445-2920** | C | | **2003/5. OVERPAY.** | | | | **1,400.00**<br>**1,400.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**1**_____ of _____**1**_____ Continuation Sheets attached to Schedule E

Subtotal (Total of this page)                    **6,790.56**

(Complete only on last sheet of Schedule E)  **TOTAL**            **6,790.56**

(Report total also on Summary of Schedules)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case:  05-50784-gwz    Doc #:  1    Filed:  03/28/2005    Page:  13 of 30

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ACT COLLECT**<br>**1325 S VISTA AVE**<br>**BOISE, ID 83705-2533** | | C | **1999. COLLECTION.** | | | | 160.00 |
| Account No.<br>**ACT CORP**<br>**921 S ORCHARD ST**<br>**BOISE, ID 83705-1930** | | C | **1999. COLLECTION.** | | | | 120.00 |
| Account No.<br>**BUSINESS AND PROFESSIONAL COLLECTION**<br>**816 S CENTER ST**<br>**RENO, NV 89501-2306** | | C | **2001. MEDICAL COLLECTION.** | | | | 66.00 |
| Account No.<br>**CAPITAL ONE BANK**<br>**PO BOX 85064**<br>**GLEN ALLEN, VA 23058** | | C | **2001. REVOLVING.** | | | | 596.00 |
| Account No.<br>**COLLECTION**<br>**1011 N 4TH ST**<br>**MONROE, LA 71201-5575** | | C | **2004. REVOLVING.** | | | | 731.00 |

_____4_____ Continuation Sheets attached

|  | Subtotal<br>(Total of this page) | 1,673.00 |
|---|---|---|
| (Complete only on last sheet of Schedule F) | **TOTAL** | |
| | (Report total also on Summary of Schedules) | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____     Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **COLLECTION** PO BOX 691250 SAN ANTONIO, TX  78269-1250 | | C | 20003. MISCELLANEOUS COLLECTION. | | | | 390.00 |
| Account No. **COLLECTION** 5720 DUBLIN, OH  43016 | | C | 2001.  RETURNED CHECK. | | | | 0.00 |
| Account No. **COLLECTION RMA** 2675 BRECKINRIDGE BLVD | | C | | | | | 0.00 |
| Account No. **COLLECTION RMA** 2675 BRECKINRIDGE BLVD DULUTH, GA  30096-4971 | | C | 2003. MISCELLANEOUS MEDICAL COLLECTIONS.. | | | | 4,788.00 |
| Account No. **CONVNIENT** PO BOX 691250 SAN ANTONIO, TX  78269-1250 | | C | 2004. REVOLVING. | | | | 300.00 |
| Account No. **CREDIT BUREAU** PO BOX 1387 ELKO, NV  89803 | | C | 2000. MISCELLANEOUS COLLECTIONS | | | | unknown |
| Account No. **FORD MOTOR CREDIT** PO BOX 18008 COLORADO SPRINGS, CO  80935-8008 | | C | 1999. SECURITY AGREEMENT. 1999. CROWN VICTORIA | | | | 7,705.20 |

Sheet _____1___ of _____4___ Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 13,183.20 |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  TOTAL | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____     Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **GENTRY CREDIT** <br> **PO BOX 691250** <br> **SAN ANTONIO, TX  78269-1250** | C | | 2004. DEBT COLLECTION. | | | | 44.00 |
| Account No. <br> **GLOBAL PAY** <br> **6215 W HOWARD ST** <br> **NILES, IL  60714-3403** | C | | 2001. UNKNOWN COLLECTION. | | | | 83.00 |
| Account No. <br> **Golden Rule Store** <br> **General Delivery** <br> **Mountain City, NV  89831-9999** | C | | 2000-2004. GROCERIES | | | | 4,000.00 |
| Account No. <br> **HHLD BANK** <br> **PO BOX 98706** <br> **LAS VEGAS, NV  89193-8706** | C | | 2004.  REVOLVING. | | | | unknown |
| Account No. <br> **MARAUDER CORP** <br> **74923 US HIGHWAY 111** <br> **INDIAN WELLS, CA  92210-7134** | C | | 2003. MISCELLANEOUS COLLECTION. | | | | 636.00 |
| Account No. <br> **MARAUDER CORP** <br> **74923 US HIGHWAY 111** <br> **INDIAN WELLS, CA  92210-7134** | C | | 2004. MISCELLANEOUS COLLECTIN. | | | | 636.00 |
| Account No. <br> **NATIONWIDE** <br> **3273 N JONES PL** <br> **BOISE, ID  83704-4078** | C | | 2002. COLLECTION. | | | | 11.00 |

Sheet ____**2**____ of ____**4**____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     **5,410.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>PATENAUDE AND FELIX<br>1771 E FLAMINGO RD STE 112A<br>LAS VEGAS, NV 89119-0849 | | C | 2004.  COLLECITON ATTORNEY FORD MOTOR CREDIT | | | | 0.00 |
| Account No.<br>PERSONAL COLLECTION SERVICE<br>PO BOX 93004<br>PHOENIX, AZ 85070-3004 | | C | 2001. COLLECTION. | | | | 178.00 |
| Account No.<br>QUICK  CHECK<br>2503 MOUNTAIN CITY HWY STE 140<br>ELKO, NV 89801-2462 | | C | 2004. PAY DAY LENDER. | | | | 352.00 |
| Account No.<br>RSHK/CBUSA<br>PO BOX 9714<br>JOHNSON CITY, TN 37615-9714 | | C | 2000. REVOLVING. | | | | 1,292.00 |
| Account No.<br>SELECT BUYER'S CLUB<br>PO BOX 811<br>SPARTANBURG, SC 29304-0811 | | C | 20003.  REVOLVING. | | | | 673.00 |
| Account No.<br>STUART ALLEN<br>5447 E 5TH ST<br>TUCSON, AZ 85711-2344 | | C | 2001. COLLECTION. | | | | 125.00 |
| Account No.<br>TRICITY ADJT<br>PO BOX 630<br>MERIDIAN, ID 83680-0630 | | C | 2003. COLLECTION. | | | | unknown |

Sheet _____ 3 of _____ 4 Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal (Total of this page) | 2,620.00 |

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u>                              Case No. _____
                             Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNIFUND RADIO SHACK**<br>**11802 CONVEY ROAD**<br>**CINCINNATI, OH 45249** | | C | **20004. REVOLVING.** | | | | **1,467.00** |
| Account No.<br><br>**US COLLECTIONS WEST**<br>**BOX 89695**<br>**PHOENIX, AZ 85069** | | C | **2002. MISCELLANEOUS COLLECTION.** | | | | **375.00** |
| Account No.<br><br>**YOUR CREDIT**<br>**PO BOX 691250**<br>**SAN ANTONIO, TX 78269-1250** | | C | **2000. COLLECTION.** | | | | **unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**4**___ of _____**4** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | **1,842.00** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | **24,728.20** |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____    Case No. _____
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u> Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE JONES, GARY LEE Sr. & JONES, LUCILLE _____    Case No. _____
　　　　　　　　Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP　　　　. | | AGE |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **RETIRED AND CLERK** | **ASSISTANT** |
| Name of Employer | **CHEVRON** | **INDIAN HEALTH SERVICES** |
| How long employed | **1 YEAR** | **2 MONTHS** |
| Address of Employer | **E. IDAHO** | **ELKO INDIAN COLONY** |
| | **ELKO, NEVADA 89801** | **ELKO, NEVADA 89801** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 1,170.00 | $ 758.33 |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 1,170.00 | $ 758.33 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 205.55 | $ 108.33 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 205.55 | $ 108.33 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 964.45 | $ 650.00 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance | | |
| (Specify) **PERS (RETIRED SCHOOL DISTRICT)** | $ 1,494.00 | $ |
| _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | | |
| (Specify) _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| | | |
| **TOTAL MONTHLY INCOME** | $ 2,458.45 | $ 650.00 |

**TOTAL COMBINED MONTHLY INCOME $ 3,108.45** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u>                 Case No. _____
                     Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 580.00 |
| Are real estate taxes included?    Yes ____  No ✓ | | |
| Is property insurance included?    Yes ____  No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 200.00 |
| Water and sewer | $ | 59.00 |
| Telephone | $ | 120.00 |
| Other **TV** | $ | 50.00 |
|      **Trash** | $ | 13.00 |
| | $ | |
| Home maintenance (repairs and upkeep) | $ | 20.00 |
| Food | $ | 385.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 230.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 85.00 |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | |
| Life | $ | |
| Health | $ | |
| Auto | $ | 195.00 |
| Other | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **USDA** | $ | 100.00 |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 585.00 |
| Other  **CaVALIER** | $ | 310.00 |
|      **Les Schwab** | $ | 50.00 |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other  **CIEANING SUPPLIES** | $ | 25.00 |
|      **Hair Cuts, NAILS, HGIENE** | $ | 20.00 |
|      **Irs** | $ | 150.00 |
| | $ | |
| | $ | |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**          $   **3,347.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each _____ | $ | |
| (interval) | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>JONES, GARY LEE Sr. & JONES, LUCILLE</u>                    Case No. _____
<div style="text-align:center">Debtor(s)</div>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** sheets, and that
<div style="text-align:right">(Total shown on summary page plus 1)</div>
they are true and correct to the best of my knowledge, information, and belief.

Date: **March 28, 2005** _____   Signature: */s/ GARY LEE JONES, Sr.* _____
                                              **GARY LEE JONES, Sr.**
<div style="text-align:right">Debtor</div>

Date: **March 28, 2005** _____   Signature: */s/ LUCILLE JONES* _____
                                              **LUCILLE JONES**
<div style="text-align:right">(Joint Debtor, if any)</div>

<div style="text-align:right">[If joint case, both spouses must sign.]</div>

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.
                                                   (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____   _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<div>(Total shown on summary page plus 1)</div>

Date: _____   Signature: _____

                                       _____
<div style="text-align:right">(Print or type name of individual signing on behalf of debtor)</div>

<div style="text-align:center">[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</div>

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only