Kelly G. Watson, Esq. (893)
Aziz N. Merchant, Esq. (10148)
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

Attorneys for Defendant

GARY LEE JONES, SR.

*N THE UNITED STATES DISTRICT COURT*

**DISTRICT OF NEVADA**

| | |
|---|---|
| DA-DAZE-NOM MANZANARES | ) |
| | ) |
| Plaintiff, | ) Case No. 3:07-CV-00076-LRH-RAM |
| | ) |
| vs. | ) **ADDITIONAL PAGES 23 TO 30 OF** |
| | ) **EXHIBIT 1 AND EXHIBIT 2 OF** |
| ELKO COUNTY SCHOOL DISTRICT; GARY | ) **DEFENDANT GARY LEE JONES, SR'S** |
| LEE JONES, SR., as agent for ELKO | ) **SUGGESTION OF STAY** |
| COUNTY SCHOOL DISTRICT; GARY LEE | ) |
| JONES, SR., individually; CORPORATION OF | ) |
| THE PRESIDING BISHOP OF THE CHURCH | ) |
| OF JESUS CHRIST OF LATTER-DAY SAINTS, | ) |
| a foreign corporation registered to do business in | ) |
| the State of Nevada; CORPORATION OF THE | ) |
| PRESIDENT OF THE CHURCH OF JESUS | ) |
| CHRIST OF LATTER-DAY SAINTS AND | ) |
| SUCCESSORS, a foreign corporation registered to | ) |
| do business in the Sate of Nevada; and Does 1-5, | ) |
| and XYZ Corporations 1-5, | ) |
| | ) |
| Defendants. | ) |

Dockets.Justia.com

**United States Bankruptcy Court**
**District of Nevada**

IN RE: _____    Case No. _____

JONES, GARY LEE Sr. & JONES, LUCILLE _____    Chapter **7** _____
_____Debtor(s)_____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business*." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider*." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE (if more than one)
30,000.00  2004.
20,000.00  2003. WAGES

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

| FMC V. GARY L. JONES | COLLECITON | ELKO, NEVADA | PENDING JUDGMENT |
|---|---|---|---|

---

None ☑ b. Describe all property that has been attached. garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor. sold at a foreclosure sale. transferred through a deed in lieu of foreclosure or returned to the seller. within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION. FORECLOSURE SALE. TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FORD CREDIT**<br>**PO BOX 7172**<br>**PASADENA, CA  91109-7172** | 11/04 | **CROWN VICTORIA 99** |

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian. receiver. or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire. theft. other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons. including attorneys. for consultation concerning debt consolidation. relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MATT STERMITZ**<br>**PO BOX 1964**<br>**ELKO, NV  89803-1964** | 3/28/05 | **500.00** |

---

**10. Other transfers**

None ☑ List all other property. other than property transferred in the ordinary course of the business or financial affairs of the debtor. transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed. sold. or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking. savings. or other financial accounts. certificates of deposit. or other instruments: shares and share accounts held in banks. credit unions. pension funds. cooperatives. association. brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

---

© 1993-2004 EZ-Filing. Inc [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

JONES, GARY LEE Sr.
PO Box 5394
Elko, NV 89802-5394

COLLECTION RMA
2675 BRECKINRIDGE BLVD
DULUTH, GA 30096-4971

IRS
Ogden, UT 84201-0001

JONES, LUCILLE
3760 Idaho St
Elko, NV 89801-4611

CONVNIENT
PO BOX 691250
SAN ANTONIO, TX 78269-1250

LES SCHWAB
650 SILVER ST
ELKO, NV 89801-3834

MATTHEW J. STERMITZ
PO BOX 1964
ELKO, NV 89803

CREDIT ACCEPTANCE
PO BOX 513
SOUTHFIELD, MI 48037-0513

MARAUDER CORP
74923 US HIGHWAY 111
INDIAN WELLS, CA 92210-7134

ACT COLLECT
1325 S VISTA AVE
BOISE, ID 83705-2533

CREDIT BUREAU
PO BOX 1387
ELKO, NV 89803

NATIONWIDE
3273 N JONES PL
BOISE, ID 83704-4078

ACT CORP
921 S ORCHARD ST
BOISE, ID 83705-1930

Department Of Parole And Probation
3920 Idaho St
Elko, NV 89801-4692

PATENAUDE AND FELIX
1771 E FLAMINGO RD STE 112A
LAS VEGAS, NV 89119-0849

BUSINESS AND PROFESSIONAL
COLLECTION
816 S CENTER ST
RENO, NV 89501-2306

FORD MOTOR CREDIT
PO BOX 18008
COLORADO SPRINGS, CO 80935-8008

PERSONAL COLLECTION SERVICE
PO BOX 93004
PHOENIX, AZ 85070-3004

CAPITAL ONE BANK
PO BOX 85064
GLEN ALLEN, VA 23058

GENTRY CREDIT
PO BOX 691250
SAN ANTONIO, TX 78269-1250

QUICK CHECK
2503 MOUNTAIN CITY HWY STE 140
ELKO, NV 89801-2462

COLLECTION
1011 N 4TH ST
MONROE, LA 71201-5575

GLOBAL PAY
6215 W HOWARD ST
NILES, IL 60714-3403

RSHK/CBUSA
PO BOX 9714
JOHNSON CITY, TN 37615-9714

COLLECTION
PO BOX 691250
SAN ANTONIO, TX 78269-1250

Golden Rule Store
General Delivery
Mountain City, NV 89831-9999

SELECT BUYER'S CLUB
PO BOX 811
SPARTANBURG, SC 29304-0811

COLLECTION
5720
DUBLIN, OH 43016

HHLD BANK
PO BOX 98706
LAS VEGAS, NV 89193-8706

STUART ALLEN
5447 E 5TH ST
TUCSON, AZ 85711-2344

Name, Address, Telephone No. & I.D. No.

**MATTHEW J. STERMITZ 003610**
**MATTHEW J. STERMITZ**
**PO BOX 1964**
**ELKO, NV 89803**
**(775) 753-7739**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**
District of Nevada

In Re
**JONES, GARY LEE Sr.**
**JONES, LUCILLE**

BANKRUPTCY NO.

CHAPTER NO. **7**

Debtor(s).

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] **GARY LEE JONES, Sr.** and **LUCILLE JONES** , the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

☑   If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☐   [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **March 28, 2005**

Signed: **/s/ GARY LEE JONES, Sr.**          **/s/ LUCILLE JONES**
(Applicant)                                    (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **March 28, 2005**

**/s/ MATTHEW J. STERMITZ**
Attorney for Debtor(s)

DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES, STATEMENTS AND PLAN (If applicable)

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)                              Case Number 05−50784−gwz

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/28/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

## See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>GARY LEE JONES Sr.<br>PO BOX 5394<br>ELKO, NV 89802−5394 | LUCILLE JONES<br>3760 IDAHO St<br>ELKO, NV 89801−4611 |
| Case Number:<br>05−50784−gwz<br>Judge: GREGG W ZIVE | Social Security/Taxpayer ID Nos.:<br>xxx−xx−9945<br>xxx−xx−6275 |
| Attorney for Debtor(s) (name and address):<br>MATTHEW J STERMITZ<br>POB 1964<br>ELKO, NV 89803<br>Telephone number: (775) 753−7739 | Bankruptcy Trustee (name and address):<br>MARIANNE EARDLEY<br>P.O. BOX 460<br>ELKO, NV 89803<br>Telephone number: 775−738−2043 |

Date: **May 12, 2005**                                                              Time: **10:00 AM**
Location: **1751 College Avenue, Elko, NV 89801**

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
7/11/05

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | Clerk of the Bankruptcy Court:<br><br>Patricia Gray |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 3/29/05 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on the opposite side. The case is covered by a trustee's blanket bond, the original of which is on file with the court. |
| | The trustee may abandon property of the estate without notice of abandonment to the court, 11 U.S.C. Section 554(a). Further notice will be provided on request only. Any non-exempt property scheduled, but not administered, will be deemed abandoned 11 U.S.C. Section 554(c). |
| | Please note that the trustee may use, sell or lease all non-exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Bankruptcy rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

## — Refer to Other Side for Important Deadlines and Notices —

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)          Case Number 05−50784−gwz

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/28/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

## See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address): | |
|---|---|
| GARY LEE JONES Sr.<br>PO BOX 5394<br>ELKO, NV 89802−5394 | LUCILLE JONES<br>3760 IDAHO St<br>ELKO, NV 89801−4611 |
| Case Number:<br>05−50784−gwz<br>Judge: GREGG W ZIVE | Social Security/Taxpayer ID Nos.:<br>xxx−xx−9945<br>xxx−xx−6275 |
| Attorney for Debtor(s) (name and address):<br>MATTHEW J STERMITZ<br>POB 1964<br>ELKO, NV 89803<br>Telephone number: (775) 753−7739 | Bankruptcy Trustee (name and address):<br>MARIANNE EARDLEY<br>P.O. BOX 460<br>ELKO, NV 89803<br>Telephone number: 775−738−2043 |

### Meeting of Creditors

| | |
|---|---|
| Date: **May 12, 2005** | Time: **10:00 AM** |
| Location: **1751 College Avenue, Elko, NV 89801** | |

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
7/11/05

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | Clerk of the Bankruptcy Court:<br><br><br>Patricia Gray |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 3/29/05 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on the opposite side. The case is covered by a trustee's blanket bond, the original of which is on file with the court.<br><br>The trustee may abandon property of the estate without notice of abandonment to the court, 11 U.S.C. Section 554(a). Further notice will be provided on request only. Any non−exempt property scheduled, but not administered, will be deemed abandoned 11 U.S.C. Section 554(c).<br><br>Please note that the trustee may use, sell or lease all non−exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Bankruptcy rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

## — Refer to Other Side for Important Deadlines and Notices —

**BAE SYSTEMS**   Case #: 05-50784-gwz   Doc #: 6   Filed: 03/31/2005   Page: 3 of 3

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0978-3          User: admin                Page 1 of 1               Date Rcvd: Mar 29, 2005
Case: 05-50784               Form ID: B9A               Total Served: 37

The following entities were served by first class mail on Mar 31, 2005.
```
db          GARY LEE JONES, Sr.,   PO BOX 5394,    ELKO, NV  89802-5394
jdb         LUCILLE JONES,  3760 IDAHO St,  ELKO, NV  89801-4611
aty        +MATTHEW J STERMITZ,  POB 1964,   ELKO, NV 89803-1964
tr         +MARIANNE EARDLEY,  P.O. BOX 460,   ELKO, NV 89803-0460
ust        +U.S. TRUSTEE - RN - 7,  300 BOOTH STREET,  SUITE 2129,   RENO, NV 89509-1300
1998503     ACT COLLECT,  1325 S VISTA AVE,   BOISE, ID  83705-2533
1998504     ACT CORP,  921 S ORCHARD ST,   BOISE, ID  83705-1930
1998505    +BUSINESS AND PROFESSIONAL COLLECTION,   816 S CENTER ST,   RENO, NV 89501-2396
1998506     CAPITAL ONE BANK,  PO BOX 85064,   GLEN ALLEN, VA 23058
1998509     COLLECTION,   5720,  DUBLIN, OH  43016
1998507    +COLLECTION,   1011 N 4TH ST,   MONROE, LA 71201-5507
1998508     COLLECTION,  PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998510     COLLECTION RMA,   2675 BRECKINRIDGE BLVD,   DULUTH, GA  30096-4971
1998511     CONVNIENT,  PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998512     CREDIT ACCEPTANCE,  PO BOX 513,   SOUTHFIELD, MI  48037-0513
1998513    +CREDIT BUREAU,  PO BOX 1387,   ELKO, NV 89803-1387
1998514     Department Of Parole And Probation,   3920 Idaho St,   Elko, NV  89801-4692
1998515     FORD MOTOR CREDIT,  PO BOX 18008,   COLORADO SPRINGS, CO  80935-8008
1998516     GENTRY CREDIT,  PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998517     GLOBAL PAY,  6215 W HOWARD ST,   NILES, IL  60714-3403
1998518     Golden Rule Store,   General Delivery,   Mountain City, NV  89831-9999
1998519     HHLD BANK,  PO BOX 98706,   LAS VEGAS, NV  89193-8706
1998521    +LES SCHWAB,  650 SILVER ST,   ELKO, NV 89801-3837
1998522     MARAUDER CORP,   74923 US HIGHWAY 111,   INDIAN WELLS, CA  92210-7134
1998523     NATIONWIDE,   3273 N JONES PL,   BOISE, ID  83704-4078
1998524     PATENADE AND FELIX,   1771 E FLAMINGO RD STE 112A,   LAS VEGAS, NV  89119-0849
1998525     PERSONAL COLLECTION SERVICE,   PO BOX 93004,   PHOENIX, AZ  85070-3004
1998526     QUICK CHECK,   2503 MOUNTAIN CITY HWY STE 140,   ELKO, NV  89801-2462
1998527     RSHK/CBUSA,   PO BOX 9714,   JOHNSON CITY, TN  37615-9714
1998528     SELECT BUYER'S CLUB,   PO BOX 811,   SPARTANBURG, SC  29304-0811
1998529     STUART ALLEN,   5447 E 5TH ST,   TUCSON, AZ  85711-2344
1998530     TRICITY ADJT,   PO BOX 630,   MERIDIAN, ID  83680-0630
1998531    +UNIFUND RADIO SHACK,   11802 CONVEY ROAD,   CINCINNATI, OH 45249-1074
1998532     US COLLECTIONS WEST,   BOX 89695,   PHOENIX, AZ  85069
1998533     USDA,   1200 E WINNEMUCCA BLVD,   WINNEMUCCA, NV  89445-2920
1998534     YOUR CREDIT,  PO BOX 691250,   SAN ANTONIO, TX  78269-1250
```

The following entities were served by electronic transmission on Mar 30, 2005 and receipt of the transmission
was confirmed on:
```
1998519     EDI: HFC.COM Mar 30 2005 01:19:00     HHLD BANK,  PO BOX 98706,   LAS VEGAS, NV  89193-8706
1998520     EDI: IRS.COM Mar 30 2005 01:19:00     IRS,  Ogden, UT  84201-0001
                                                                                   TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****                                             TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2005                    Signature:   *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                          Case # 05-50784-GWZ

JONES, GARY LEE SR.
JONES, LUCILLE                                  Chapter 7
                                                Trustee: EARDLEY

_____ Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( )   Summary of Schedules
( )   Fee Disclosure
( )   Schedule A .Real Property
( )   Schedule B .Personal Property
(X)   Schedule C .Property Claimed as Exempt
( )   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed
    creditor, amend petition, attach new petition on converted case, supply missing document(s) .**no
    fee**
( )   Schedule G .Schedule of Executory Contracts **& Expired** Leases
( )   Schedule H .Codebtors
( )   Schedule I .Current Income of Individual Debtor(s)
( )   Schedule J.Current Expenditures of Individual Debtor(s)
( )   Statement of Financial Affairs

### Declaration of Debtor

**I** (We) **declare under penalty of perjury that the information set forth in the amendment(s)
attached hereto is (are) true and correct to the best of my (our) information and belief.**

___ **/s/ GARY LEE JONES SR**                  **/s/ LUCILLE JONES** _____
**Debtor's Signature**                          **Joint Debtor's Signature**

___ **5/12/05** _____                   ___ **5/12/05** _____
**Date:**                                       **Date:**

**/s/  MATTHEW J. STERMITZ** ____
**Attorney for Debtor(s)**

Form B18 (Official Form 18)(9/97)

# United States Bankruptcy Court
## District of Nevada

### Case No. 05−50784−gwz
#### Chapter 7

In re: (Name of Debtor)
GARY LEE JONES Sr.
PO BOX 5394
ELKO, NV 89802−5394

LUCILLE JONES
3760 IDAHO St
ELKO, NV 89801−4611

Social Security No.:
  xxx−xx−9945

  xxx−xx−6275

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 7/12/05

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Form B18 (Official Form 18)(9/97)

# United States Bankruptcy Court
## District of Nevada

### Case No. 05−50784−gwz
#### Chapter 7

In re: (Name of Debtor)
GARY LEE JONES Sr.
PO BOX 5394
ELKO, NV 89802−5394

LUCILLE JONES
3760 IDAHO St
ELKO, NV 89801−4611

Social Security No.:
xxx−xx−9945

xxx−xx−6275

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 7/12/05

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

FORM B18 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 1 | Date Rcvd: Jul 13, 2005 |
| Case: 05-50784 | Form ID: B18 | Total Served: 37 | |

```
The following entities were served by first class mail on Jul 15, 2005.
db        GARY LEE JONES, Sr.,    PO BOX 5394,   ELKO, NV  89802-5394
jdb       LUCILLE JONES,   3760 IDAHO St,   ELKO, NV  89801-4611
aty      +MATTHEW J STERMITZ,   POB 1964,   ELKO, NV  89803-1964
tr       +MARIANNE EARDLEY,   P.O. BOX 460,   ELKO, NV  89803-0460
ust      +U.S. TRUSTEE - RN - 7,   300 BOOTH STREET,   SUITE 2129,   RENO, NV 89509-1300
1998503   ACT COLLECT,   1325 S VISTA AVE,   BOISE, ID  83705-2533
1998504   ACT CORP,   921 S ORCHARD ST,   BOISE, ID  83705-1930
1998505  +BUSINESS AND PROFESSIONAL COLLECTION,   816 S CENTER ST,   RENO, NV 89501-2396
1998506   CAPITAL ONE BANK,   PO BOX 85064,   GLEN ALLEN, VA  23058
1998509   COLLECTION,   5720,   DUBLIN, OH  43016
1998507  +COLLECTION,   1011 N 4TH ST,   MONROE, LA 71201-5507
1998508   COLLECTION,   PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998510   COLLECTION RMA,   2675 BRECKINRIDGE BLVD,   DULUTH, GA  30096-4971
1998511   CONVNIENT,   PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998512   CREDIT ACCEPTANCE,   PO BOX 513,   SOUTHFIELD, MI  48037-0513
1998513  +CREDIT BUREAU,   PO BOX 1387,   ELKO, NV 89803-1387
1998514   Department Of Parole And Probation,   3920 Idaho St,   Elko, NV  89801-4692
1998515   FORD MOTOR CREDIT,   PO BOX 18008,   COLORADO SPRINGS, CO  80935-8008
1998516   GENTRY CREDIT,   PO BOX 691250,   SAN ANTONIO, TX  78269-1250
1998517   GLOBAL PAY,   6215 W HOWARD ST,   NILES, IL  60714-3403
1998518   Golden Rule Store,   General Delivery,   Mountain City, NV  89831-9999
1998519   HHLD BANK,   PO BOX 98706,   LAS VEGAS, NV  89193-8706
1998521  +LES SCHWAB,   650 SILVER ST,   ELKO, NV 89801-3837
1998522   MARAUDER CORP,   74923 US HIGHWAY 111,   INDIAN WELLS, CA  92210-7134
1998523   NATIONWIDE,   3273 N JONES PL,   BOISE, ID  83704-4078
1998524   PATENAUDE AND FELIX,   1771 E FLAMINGO RD STE 112A,   LAS VEGAS, NV  89119-0849
1998525   PERSONAL COLLECTION SERVICE,   PO BOX 93004,   PHOENIX, AZ  85070-3004
1998526   QUICK CHECK,   2503 MOUNTAIN CITY HWY STE 140,   ELKO, NV  89801-2462
1998527   RSHK/CBUSA,   PO BOX 9714,   JOHNSON CITY, TN  37615-9714
1998528   SELECT BUYER'S CLUB,   PO BOX 811,   SPARTANBURG, SC  29304-0811
1998529   STUART ALLEN,   5447 E 5TH ST,   TUCSON, AZ  85711-2344
1998530   TRICITY ADJT,   PO BOX 630,   MERIDIAN, ID  83680-0630
1998531  +UNIFUND RADIO SHACK,   11802 CONVEY ROAD,   CINCINNATI, OH 45249-1074
1998532   US COLLECTIONS WEST,   BOX 89695,   PHOENIX, AZ  85069
1998533   USDA,   1200 E WINNEMUCCA BLVD,   WINNEMUCCA, NV  89445-2920
1998534   YOUR CREDIT,   PO BOX 691250,   SAN ANTONIO, TX  78269-1250

The following entities were served by electronic transmission on Jul 14, 2005 and receipt of the transmission
was confirmed on:
1998519   EDI: HFC.COM Jul 14 2005 05:38:00     HHLD BANK,   PO BOX 98706,   LAS VEGAS, NV  89193-8706
1998520   EDI: IRS.COM Jul 14 2005 05:37:00     IRS,   Ogden, UT  84201-0001
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****                              TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2005                Signature:    *Joseph Speetjens*

# United States Bankruptcy Court
## District of Nevada

### Case No. 05−50784−gwz
#### Chapter 7

In re: (Name of Debtor)
GARY LEE JONES Sr.
PO BOX 5394
ELKO, NV 89802−5394

LUCILLE JONES
3760 IDAHO St
ELKO, NV 89801−4611

Social Security No.:
xxx−xx−9945

xxx−xx−6275

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT MARIANNE EARDLEY is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/18/05

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court

-2-

**CLOSED**

## U.S. Bankruptcy Court
### District of Nevada (Reno)
### Bankruptcy Petition #: 05-50784-gwz

*Assigned to:* GREGG W ZIVE
Chapter 7
Voluntary
No asset

*Date Filed:* 03/28/2005
*Date Terminated:* 07/18/2005
*Date Discharged:* 07/12/2005

*Debtor*
**GARY LEE JONES, Sr.**
PO BOX 5394
ELKO, NV 89802-5394
SSN: xxx-xx-9945

represented by **MATTHEW J STERMITZ**
POB 1964
ELKO, NV 89803
(775) 753-7739
Fax : (775) 753-9208
Email:
stermitz@frontiernet.net

*Joint Debtor*
**LUCILLE JONES**
3760 IDAHO St
ELKO, NV 89801-4611
SSN: xxx-xx-6275

represented by **MATTHEW J STERMITZ**
(See above for address)

*Trustee*
**MARIANNE EARDLEY**
P.O. BOX 460
ELKO, NV 89803
775-738-2043

*U.S. Trustee*
**U.S. TRUSTEE - RN - 7**
300 BOOTH STREET
SUITE 2129
RENO, NV 89509

| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | Chapter 7 Voluntary Petition. Fee Amount $209. filed by MATTHEW J STERMITZ on behalf of GARY LEE JONES Sr., LUCILLE JONES . (STERMITZ, MATTHEW) (Entered: 03/28/2005) |
| 03/28/2005 | 2 | Declaration Re: Electronic Filing Filed by MATTHEW J STERMITZ on behalf of GARY LEE JONES Sr., LUCILLE JONES (STERMITZ, MATTHEW) (Entered: 03/28/2005) |

| 03/28/2005 | 3 | Statement of Social Security Number(s) Filed by MATTHEW J STERMITZ on behalf of GARY LEE JONES Sr., LUCILLE JONES (STERMITZ, MATTHEW) (Entered: 03/28/2005) |
|---|---|---|
| 03/28/2005 | 4 | Receipt of Filing Fee for Chapter 7 Voluntary Petition - case upload (05-50784) [misc,1027u] ( 209.00). Receipt number 2381290, fee amount $ 209.00. (U.S. Treasury) (Entered: 03/28/2005) |
| 03/29/2005 | 5 | Meeting of Creditors and Notice of Appointment of Trustee MARIANNE EARDLEY. 341 meeting to be held on 05/12/2005 at 10:00 AM at Elko City Council Chambers. Objections to Discharge due by 07/11/2005. (Entered: 03/29/2005) |
| 03/31/2005 | 6 | BNC Certificate of Mailing (Related document(s)5 Meeting of Creditors Chapter 7 No Asset (BNC)) No. of Notices: 36. Service Date 03/31/2005. (Admin.) (Entered: 03/31/2005) |
| 05/12/2005 | 7 | Amendment to Bankruptcy Petition Filed by MATTHEW J STERMITZ on behalf of GARY LEE JONES Sr., LUCILLE JONES (Attachments: # 1 Exhibit schedule c) (STERMITZ, MATTHEW) (Entered: 05/12/2005) |
| 05/23/2005 | 8 | 341 Meeting Concluded and Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no scheduled assets to administer and that all necessary schedules and statements have been filed. (EARDLEY, MARIANNE) (Entered: 05/23/2005) |
| 07/12/2005 | 9 | Order Discharging Debtor (Admin.) (Entered: 07/12/2005) |
| 07/15/2005 | 10 | BNC Certificate of Mailing (Related document(s)9 Order Discharging Debtor (BNC)) No. of Notices: 36. Service Date 07/15/2005. (Admin.) (Entered: 07/15/2005) |
| 07/18/2005 | 11 | Final Decree, Discharge of Trustee and Closing of Chapter 7 Case (Antunovich, SJ) (Entered: 07/18/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/06/2007 10:31:01 | | | |
| PACER | ss0779 | Client | 5198.01 |

| Login: | | Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 05-50784-gwz Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |

**PROOF OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of WATSON ROUNDS, and that on this date I deposited for first-class mailing, postage prepaid, at Reno, Nevada, a true copy of:

**DEFENDANT GARY LEE JONES, SR.'S SUGGESTION OF STAY** to the following:

Jeffery J. Kump, Esq.
MARVEL & KUMP
217 Idaho Street
Elko, NV 89801

Thomas P. Beko, Esq.
ERIKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, NV 89505

Kent R. Robinson, Esq.
ROBINSON, BELAUSTEGUI, SHARP AND LOW
71 Washington Street
Reno, NV 89503

Dated: September ⟨⟩ , 2007

_____
An employee of WATSON ROUNDS

---

PROOF OF SERVICE                                CASE NO. 3:07-CV-00076-LRH-RAM