# EXHIBIT A

# EXHIBIT A

Dockets.Justia.com

Case No. 3:07-CV-00076


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-


DA-DAZE-NOM MANZANARES,

        Plaintiff,

        vs.

ELKO COUNTY SCHOOL DISTRICT, and

GARY LEE JONES, SR. As agent for ELKO

COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR.,

Individually, and CORPORATION OF THE

PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST

OF LATTER-DAY SAINTS, et al.,

        Defendants.

_____/




VIDEOTAPED DEPOSITION OF

DA-DAZE-NOM MANZANARES

June 26, 2007

Reno, Nevada


SUNSHINE REPORTING SERVICES

(775) 883-7950 or (775) 323-3411

REPORTED BY: GAIL R. WILLSEY CA CSR 9748; NV CSR 359

## Page 2

A P P E A R A N C E S

FOR THE PLAINTIFF:  LISA MENDEZ, ESQ.
                    927 Idaho St.
                    Elko, Nevada  89801


FOR THE DEFENDANT:  WATSON ROUNDS
FOR GARY LEE JONES  By:  COLT DODRILL, ESQ.
                    777 N. Rainbow Blvd., Ste 350
                    Las Vegas, Nevada  89107


FOR THE DEFENDANTS:  ROBISON, BELAUSTEGUI,
THE MORMON CHURCH    BY:  KENT R. ROBISON, ESQ.
                     71 Washington St.
                     Reno, Nevada  89503


FOR THE DEFENDANTS: ERICKSON, THORPE & SWAINSTON, LTD.
ELKO COUNTY         BY: THOMAS P. BEKO, ESQ.
                    99 W. Arroyo St.
                    P.O. Box 3497
                    Reno, Nevada  89503


ALSO PRESENT:  BRENT L. RYMAN, ESQ.

## Page 3

I N D E X

EXAMINATION

Examination by Mr. Robison                          4
Examination by Mr. Beko                            85


EXHIBITS

Exhibit 1    Complaint                  37
Exhibit 2    Transcript                 38
Exhibit 3    Suicide Report             71
Exhibit 4    J.C. Penny receipt        179
Exhibit 5    Writings                  187
Exhibit 6    Writings                  187
Exhibit 7    Writings                  190
Exhibit 8    Poetry                    195
Exhibit 9    Picture                   226
Exhibit 10   Address Book              229
Exhibit 11   Address book              231
Exhibit 12   Folder                    232
Exhibit 13   Folder                    233
Exhibit 14   Nummie                    233
Exhibit 15   Book Cover                234
Exhibit 16   Xerox copy name tags      238
Exhibit 17   Pack of documents         241
Exhibit 18   Calendar                  242
Exhibit 19   Calendar                  243
Exhibit 20   Picture of Gary           246

## Page 4

BE IT REMEMBERED that on Tuesday, the 26th
day of June, 2007, at the hour of 9:00 A.M. of said
day, at the offices of ROBISON, BELAUSTEGUI, SHARP AND
LOW, 71 Washington St., Reno, Nevada, before me, GAIL
R. WILLSEY, a notary public, personally appeared
DA-DAZE-NOM MANZANARES, who was by me first duly sworn
and was examined as a witness in said cause.


-oOo-


DA-DAZE-NOM MANZANARES,

called as a witness herein, having been

duly sworn, testified as follows:


EXAMINATION

BY MR. ROBISON:

Q    Good morning.  As I said, my name is Kent
Robison, and I represent two of the defendants in this
case that you've brought an action against.

Before I start asking you questions, I want
to go through some of the rules that apply to this
procedure.  Have you had a deposition taken of you
before?

A    No.

Q    All right.

## Page 5

First and most important is would you please
keep your voice up.  We would encourage you to yell
and get it up because she has to hear you and the
videographer has to hear you and the attorneys down
the table have to hear you, okay?

A    Okay.

Q    And I will remind you from time to time, as
will the other attorneys, to keep your voice up; okay?

A    All right.

Q    We're not trying to be rude, we're just
trying to make sure that everybody hears you.

The second request that I would make of you
is that if you can answer a question with words
please.  Like "Yes" or "No," please use "Yes" or "No"
rather than non-verbal gestures like shaking or
nodding your head because you will get a transcript of
what you say here today and we want to read the words
rather than the gestures?

A    Okay.

Q    So please try to avoid, if you can, "Uh-huh"
or "Huh-huh," and I don't even know the difference
sometimes.

If you do that, I might say, "Is that a yes
or is that a No," and please be patient with me and
we'll make sure that the record is clear, deal?

DA-DAZE-NOM MANZANARES - 06/26/07

3 (Pages 6 to 9)

## Page 6

1  A    Deal.

2  Q    Keep your voice up.

3  A    Okay.

4  Q    If you have any confusion or any problem with
what the question is or what it means or what
information we're trying to obtain, please let us
know.

8  A    Okay.

9  Q    And if you want us to rephrase the question
or make it more clear, we will be happy to do so.

11  A    Okay.

12  Q    And we don't want there to be any confusion
about what I ask and you misunderstood me and gave me
a wrong answer to a wrong question.

15       So we'll try our best to make sure that we
understand one another so the questions are responsive
to or excuse me, the answers are responsive to the
questions, okay?

19  A    Okay.

20  Q    If you want to take a recess or a break,
please let us know and we'll be happy to do that.

22       As I told you, this room gets a little warm
in the summer, and we will probably be taking a recess
about every hour today; all right?

25  A    Okay.

## Page 7

1  Q    However, if I'm asking a question or one of
these other gentlemen are asking you a question and
you ask to take a recess while that question is
pending and you discuss that question with your
attorney, we're entitled to go into that discussion.

6       So what we're going to try to do is make sure
that you answer the question before we take a recess
while the question is pending, understood?

9  A    Yes.

10  Q    How about your health.

11       You're okay health wise with regard to giving
a deposition today?

13  A    Other than I'm pregnant, yeah, I'm okay.

14  Q    Now, yell at me, please.

15  A    Okay.

16  Q    Are you on medication?

17  A    No.

18  Q    In terms of your mental clarity, are you good
with giving a deposition today?

20  A    Yes.

21  Q    Is there any reason, from a health
standpoint, that the answers that you give us today
would be in any way inaccurate because of a health
condition?

25  A    No.

## Page 8

1  Q    All right.

2       You indicated to us that you're pregnant?

3  A    Yes.

4  Q    How far along are you?

5  A    Two months.

6  Q    You're due when?

7  A    About the middle of January.

8  Q    January '08 you're due?

9  A    Yes.

10  Q    All right.

11       I'm going to explain to you why we take
depositions.

13  A    All right.

14  Q    This is a part of the case that we call
"Discovery."

16  A    Okay.

17  Q    And you, through your lawyers, have brought a
lawsuit against various defendants in which you are
seeking compensation.  Do you understand that?

20  A    Yes.

21  Q    The rules allow us to do various things to
try to find out everything about your claim.  We're
starting off with your deposition and this is our
effort to find out everything about your claim and
about this case.

## Page 9

1  A    Okay.

2  Q    Now, if you should not tell us the truth and
we find out that one of your answers is untruthful, I
want you to know that one or more of us will try to
show the jury in this case that you weren't honest
with us.

7       So it's very important that you do your very
best to give answers that are as accurate as possible
to the best of your recollection during this
deposition.

11  A    Okay.

12  Q    All right?

13  A    Yes.

14  Q    At sometime probably tomorrow this deposition
will be transcribed into booklet form.  Inside the
booklet form will be every question that's asked here
today, and your answers will be printed out.

18       You'll have the opportunity to read the
deposition transcript and make any corrections or
additions or modifications to that transcript that you
feel are appropriate.

22  A    Okay.

23  Q    But if you do that and if you change what we
call the substantive content of your answer, we will
probably ask you about you changing your testimony at

DA-DAZE-NOM MANZANARES - 06/26/07

## Page 10

1  the time of trial.

2      A      Okay.

3      Q      That's not to dissuade you from making

4  corrections that are appropriate but just to alert you

5  that if you change your answers, we will try to

6  suggest that you're changing your version after maybe

7  you consulted with counsel or some such thing.

8          Do you understand?

9      A      Yes.

10     Q      So it's important today to give a lot of

11 thought to your answers so that they're your best

12 recollection and as accurate as possible, understood?

13     A      Yes.

14     Q      Where do you presently reside?

15     A      In New Mexico.

16     Q      Do you have an address, ma'am?

17     A      Not a physical address.

18     Q      If somebody were trying to get ahold of you

19 with a written communication, how would they do that?

20     A      It's PO Box 1043, Magdalena, New Mexico.

21     Q      Would you say that again, 1043?

22     A      Yes.

23     Q      And what's the name of the community?

24     A      Magdalena.

25     Q      New Mexico?

## Page 11

1      A      Yes.

2      Q      Zip?

3      A      87825.

4      Q      And do you have a telephone number?

5      A      Yes, area code 505 854-3290.

6      Q      Is that a residence?

7      A      Yes.

8      Q      And with whom do you presently live?

9      A      My boyfriend.

10     Q      And his name?

11     A      Donald Padilla.

12     Q      Do you want to spell that last name for us,

13 please?

14     A      P A D I L L A.

15     Q      And is Don employed?

16     A      Yes.

17     Q      What is his employment?

18     A      He works with the A N S B, Alamo Navajo

19 Community School.

20     Q      Do you reside on a reservation?

21     A      Yes.

22     Q      And the name of the reservation?

23     A      Alamo Navajo.

24     Q      Alamo Navajo?

25     A      Correct.

## Page 12

1      Q      How long have you resided on that

2  reservation?

3      A      About going on two years.

4      Q      When did you first move to New Mexico?

5      A      May 28 of 2005.

6      Q      How long have you and Mr. Padilla been

7  boyfriend, girlfriend?

8      A      About three and a half years I would say.

9      Q      All right.  Help me out with that.

10         What is it almost July of 2007, so we're

11 going back to 2004, mid-part of 2003; does that sound

12 right?

13     A      No.

14     Q      I think that's three and a half, I'm not

15 sure.

16     A      Somewhere around there.  About let's see,

17 yeah, somewhere around there.

18     Q      Approximately May of 2003?

19     A      No, not 2003.  Around 2005, no not five,

20 four.

21     Q      All right.  2004?

22     A      About two and a half years, two and a half to

23 three years.

24     Q      Unfortunately, this deposition is going to

25 cover a lot of dates and a lot of time periods.  So

## Page 13

1  when I ask you about dates and time periods, give it

2  some thought because it becomes very important to the

3  merits of this case as you'll see soon.

4          So you and Mr. Padilla have known each other

5  since approximately May of 2004?

6      A      Yes.

7      Q      How did you meet?

8      A      Through the Internet.

9      Q      Were you responding to some kind of dating

10 service?

11     A      Something like that.

12     Q      Okay.  Well, I'll let other people go into

13 that.

14         Where were you when you and he met on the

15 Internet?

16     A      I was living in Owyhee.

17     Q      Address please?

18     A      P O Box 303, Owyhee, Nevada 89832.

19     Q      And so in May of 2004, would that be the best

20 estimate that you can give us that you and he made

21 contact on the Internet?

22     A      Yes.

23     Q      All right.

24         With whom were you living in Owyhee at that

25 time?

Page 14

1    A    My mom and my stepdad, I believe.

2    Q    Your mother is Martha Seahmer?

3    A    Yes.

4    Q    And your stepdad is Rudolph Seahmer?

5    A    Rudolph Seahmer.

6    Q    When then did you leave Owyhee to go to New

7    Mexico?

8    A    May 28, 2005 after graduation.

9    Q    All right.

10        During the period of May of 2004 to May of

11   2005 during that period of time, did you and Mr.

12   Padilla continue to develop your relationship on the

13   Internet?

14   A    Yes.  Well, both Internet and in person.

15   Q    When did you first get together in person and

16   I mean socially, I don't mean intimately?

17   A    Okay.  I would say about April 26 of '05 I

18   believe.

19   Q    Okay.

20        So approximately a month before you left for

21   New Mexico, you and he finally had the chance to meet

22   personally?

23   A    Yes.

24   Q    And then within a month, you decided to go

25   live in New Mexico?

Page 15

1    A    Yes.

2    Q    To be with him?

3    A    Yes.

4    Q    Did you begin living together in May of '05?

5    A    Yes.

6    Q    Okay.

7        Have there been any other pregnancies,

8    unsuccessful with him?

9    A    No.

10   Q    Have there been other unsuccessful

11   pregnancies with you?

12   A    No.

13   Q    This is your first time?

14   A    This is my second.

15   Q    When was the first pregnancy?

16   A    I got pregnant in August of '05.  The date is

17   the 27th.

18   Q    August of '05 and was that with Mr. Padilla?

19   A    No.

20   Q    Who was the father of your first pregnancy?

21   A    Emmitte Vicente.

22   Q    Okay.  Help us with that, please, with the

23   pronunciation and spelling if possible?

24   A    E M M I T T E.

25   Q    Emmitte?

Page 16

1    A    Yes.

2    Q    First name?

3    A    That's his first name.

4    Q    What's his last name?

5    A    Vicente, V I C E N T E.

6    Q    Thank you.

7        And where is Mr. Vicente from?

8    A    The same place, Alamo.

9    Q    Okay.

10       So let me kind of backtrack and get this

11   together.  I'm sorry I have to do this but it's

12   important to the case.

13       In April of 2005, you and Mr. Padilla get

14   together personally; correct?

15   A    Yes.

16   Q    And about that time, you make plans to move

17   to New Mexico to be with him?

18   A    Yes.

19   Q    And then in May of 2005, you actually move

20   down to Alamo?

21   A    Yes.

22   Q    And start residing with Mr. Padilla?

23   A    Yes.

24   Q    But then in August of '05, you get pregnant

25   by somebody else?

Page 17

1    A    Yes.

2    Q    Was there a little disruption in the

3    relationship between yourself and Mr. Padilla?

4    A    Yes.

5    Q    Did you break up?

6    A    No.

7    Q    You were still living together when you got

8    pregnant by Emmitte Vicente?

9    A    Yes.

10   Q    How did the pregnancy that occurred with Mr.

11   Vicente, how did that end?  was that through abortion?

12   A    No.

13   Q    How, miscarriage?

14   A    No.  I do have the baby.

15   Q    Oh, I'm sorry.

16       So you how old is your baby?

17   A    She's a year and two months.

18   Q    Her name?

19   A    Jackie Lynn Padilla.

20   Q    Jackie Lynn Padilla.

21       So Mr. Padilla is the adopted father of

22   Jackie?

23   A    I just put him on the birth certificate

24   because the other one didn't want to be.

25   Q    The other one, Emmitte, is he financially

Page 18

1  supporting Jackie at all?
2    A    No.
3    Q    He's not a good father?
4    A    He's a low-life.
5    Q    How long were you involved with Emmitte?
6    A    I would say maybe two months I would say.
7    Q    And that would have been in the end of August
8  2005 timeframe?
9    A    Yes, around July or June, mid-June.
10   Q    Mid-June of 2005?
11   A    Yes.
12   Q    About a month after you got down to New
13 Mexico?
14   A    Yes.
15   Q    All right.
16   A    At first, we were friends and then one thing
17 led to another.
18   Q    Okay.
19        Now, did that cause a disruption in your
20 relationship with Mr. Padilla?
21   A    He didn't know until after I got pregnant.
22   Q    When did he learn?
23   A    Around two months after I had the baby.
24   Q    He learned about Emmitte two months after you
25 had the baby, that doesn't make sense.

Page 19

1    A    I told him everything that went on.
2    Q    Were you living with him?
3    A    Who?
4    Q    Mr. Padilla?
5    A    Yes.
6    Q    Didn't he see you getting kind of more
7  pregnant?
8    A    Yes, but I told him that it was his.
9    Q    Okay.
10   A    I lied to him.
11   Q    All right.
12        Now, any other pregnancies?
13   A    No.
14   Q    So when did you become -- two months along
15 now with Mr. Padilla's child?
16   A    Yes.
17   Q    All right.
18        Do you have plans to marry?
19   A    No.
20   Q    You're not going to get married?
21   A    No.
22   Q    Why is that?
23   A    Too young.
24   Q    And that's -- how old are you today?
25   A    I'm 20 years old.

Page 20

1    Q    Okay.
2        So even though you have these children, you
3  don't want to be married at this point in time in your
4  life?
5    A    No.
6    Q    I'll take that as a "No?"
7    A    No. I don't want to.
8    Q    All right.
9        Do you work?
10   A    Yes, I do.
11   Q    And what is your occupation, please?
12   A    I'm a security guard over at the Alamo
13 wellness Center.
14   Q    Alamo Wellness Center?
15   A    Yes.
16   Q    All right.
17        How long have you been employed in that
18 capacity, ma'am?
19   A    Let's see, getting close to three months.
20   Q    Okay.
21   A    Just say two.
22   Q    And before being a security officer at the
23 Alamo wellness Center, were you employed in New
24 Mexico?
25   A    No.

Page 21

1    Q    So this is your first and only job in New
2  Mexico?
3    A    Yes.
4    Q    Prior to moving to Alamo, did you have
5  employment at Owyhee?
6    A    No.
7    Q    And you graduated from high school when,
8  ma'am?
9    A    May 27, 2005.
10   Q    And by my calculations, you would have been
11 18 when you graduated?
12   A    Yes.
13   Q    All right.
14        Did you lose a year or a portion of your
15 education, for the period of time that you were up in
16 Boise?
17   A    Yes, I did.
18   Q    Did you graduate late?
19   A    No. I did not.
20   Q    So you graduated on time?
21   A    Yes.
22   Q    Good for you.
23   A    I had to cram all that stuff I lost into my
24 brain.
25   Q    All right.

## Page 22

1   Now, I want to go back to your upbringing in
2   Owyhee?
3   A   Okay.
4   Q   Where were you born?
5   A   I was born in Nampa, Idaho.
6   Q   And your father's name is what?
7   A   Benjamin Manzanares.
8   Q   Do they call him "Benny" sometimes?
9   A   Yes.
10   Q   And your mother?
11   A   Martha Seahmer.
12   Q   And I'm sorry, your father's last name is
13   Manzanares?
14   A   Yes.
15   Q   All right.
16   And when was it -- how old were you when you
17   moved from Nampa to the next place you lived?
18   A   Oh man, I have no idea.
19   Q   Did you move around a lot?
20   A   I was just a baby.  I don't know.
21   Q   Where did you next live after Nampa?
22   A   Owyhee.
23   Q   So when you were a baby, your mom and dad
24   moved to Owyhee?
25   A   Yes.

## Page 23

1   Q   And you have an older brother and an older
2   sister?
3   A   Correct.
4   Q   Was it Antoinette?
5   A   Antoinette.
6   Q   And she is how many years older than you?
7   A   I think she's like I would say about six or
8   seven years older than I am.
9   Q   Okay.
10   And where does she reside now?
11   A   In Arizona.
12   Q   During the period of time that you attended
13   Owyhee High School and I'm going to use the years 2000
14   and 2001, was Annette --
15   A   Antoinette.
16   Q   Was she residing in Owyhee?
17   A   No.
18   Q   She was in Arizona?
19   A   No.
20   Q   So she wasn't there during this period of
21   time?
22   A   No.
23   Q   How about your older brother, what's his
24   name?
25   A   Seferino, S E F E R I N O.

## Page 24

1   Q   And how much older is Seferino than yourself?
2   A   He's two years older than I am.
3   Q   Was he in Owyhee in the year 2000?
4   A   Yes, for a short period of time.  Then he
5   went off to Job Corp in Salt Lake City.
6   Q   By the time that Mr. Seahmer, Rudolph, came
7   to Owyhee --
8   A   He was gone.
9   Q   He was gone?
10   A   Yes.
11   Q   All right.
12   A   So it was just me and my mom.
13   Q   And then yourself and no other brothers or
14   sisters?
15   A   No.
16   Q   All right.
17   And the year of your birth again is what?
18   A   2/14/87.
19   Q   Valentine's Day?
20   A   Yes.
21   Q   2/14?
22   A   '87.
23   Q   All right.
24   Now, we understand from various reports that
25   your father got in a little bit of trouble?

## Page 25

1   A   Yes.
2   Q   Do you recall the year that that happened?
3   A   I would have to say it was between the year
4   2000 and 2001 or it could be in 2001.
5   Q   He was accused and convicted of murder?
6   A   Yes.
7   Q   And the victim in that situation was whom?
8   A   My mom's grandniece.
9   Q   How did that situation arise?
10   A   We were kind of like foster parents.  They
11   were triplets.
12   Q   Right.
13   A   We were foster parents to them, and I guess
14   my dad went out of the control, couldn't control his
15   temper.
16   Q   How old was the niece that died?
17   A   Either three or four years old.
18   Q   And he was physically disciplining her?
19   A   Yes, physical.
20   Q   And lost control?
21   A   Yes.
22   Q   All right.
23   A   It happened over a period of time, not just
24   right there, just, you know, ongoing.
25   Q   I might ask you a question that's sensitive

Page 26

1  but please bear with me.
2         Was your father abusive of you?
3    A    Sexually, no.  Mentally, yes.  Physically,
4  yes.
5    Q    And would you describe for us, please, what
6  you mean by physically abusive?
7    A    Hit me with closed fists, open hand, anything
8  that's in his sight like a shoe, stick, a cord or
9  anything any hard object or anything, that's his way
10 of disciplining.
11   Q    Do you recall him being physically abusive of
12 Seferino?
13   A    Yes.
14   Q    The same way?
15   A    Yes.
16   Q    Were injuries sustained by you or Seferino,
17 as a result of this physical abuse?
18   A    Yes.
19   Q    What kind of injuries?
20   A    They would be like marks on our back.  My
21 brother has a long scar on his back from the fire
22 poker.
23   Q    Oh, boy.
24   A    And I have a couple of marks on my back.
25   Q    From what?

Page 27

1    A    From the same thing.
2    Q    A fire poker?
3    A    Yes.
4    Q    Was it hot?
5    A    No.
6    Q    Just one that you would use to shake up the
7  ashes?
8    A    Yes.
9    Q    And he would poke you with that?
10   A    Just go like hit you.
11   Q    With a fire poker?
12   A    Yes.
13   Q    And you have permanent scarring because of
14 that?
15   A    Yes.
16   Q    Any other type of physical abuse that he
17 would administer to you?
18   A    He once gave me a black eye.
19   Q    By striking you with his fists?
20   A    Yes.
21   Q    How old were you when that happened?
22   A    I was about six or seven.
23   Q    Okay.
24        Do you know whether or not that abuse was
25 ever reported to the authorities?

Page 28

1    A    Once when I got the black eye because I went
2  to school the next day and my counselors and the
3  principal saw it.  I tried covering it up, but they
4  didn't believe me.
5    Q    When you made that report, were you in the
6  same school?
7         I mean is Owyhee just one school, one
8  through --
9    A    K through 12.
10   Q    And what did the authorities do when they
11 found out that your father had beaten you?
12   A    All they did was just took me down to the
13 police department and took pictures and kind of like
14 threatened him to take us away.  But they didn't
15 really do any further actions really like putting him
16 in jail or anything like that.
17   A    But as far as the fire poker, the discipline
18 by striking with the fire poker, that was unreported?
19   A    No.
20   Q    That did not get to the authorities; correct?
21   A    No, it did not.
22   Q    Your mom, was she abusive?
23   A    To me?
24   Q    Yes.
25   A    No.

Page 29

1    Q    To anyone else?
2    A    No.
3    Q    To your brother or sister?
4    A    No.  I mean she would give us a spanking but
5  not to the extent of bruising and big welts on your
6  legs or blood or anything like that.
7    Q    You told me that your father also caused you
8  to suffer emotional abuse.
9    A    Yes.
10   Q    And would you describe that for us, please?
11   A    I was afraid to do a lot of things.  Each
12 time I would do something if it's not up to his
13 standards, he'll like I guess you could say beat me
14 and stuff like that.
15   Q    That caused you to be constantly fearful and
16 some anxiety about the way that you were conducting
17 yourself?
18   A    Yes.
19        I would always flinch if he would raise his
20 hand to do something or if he would come near me, I
21 would go like that like a little puppy.
22   Q    Yeah, right.
23        Did you ever receive any treatment,
24 assistance because of this emotional or physical
25 abuse?

DA-DAZE-NOM MANZANARES - 06/26/07

Page 30

1    A    At that time, no, I did not.
2    Q    All right.
3         Now, I'm trying to put this together in a
4    time line. I understand he got in trouble in 2000?
5    A    Me?
6    Q    No, no, him, your father. Does that sound
7    right?
8    A    I can't recall.
9    Q    Okay.
10   A    I don't remember.
11   Q    Do you know how old you were when he went to
12   prison?
13   A    I believe I would have to be about between
14   the age of 12 to 14, in between there.
15   Q    All right.
16   A    I really don't remember. I know I was in
17   middle school, though.
18   Q    As I understand some of the reports, you met
19   Mr. Jones because your father was sent to prison?
20   A    Yes.
21   Q    We're trying to put a date or a month and a
22   year on that meeting, and we need your best testimony
23   as to when you would have met Mr. Jones.
24   A    I know it was in the year 2001.
25   Q    Okay, 2001?

Page 31

1    A    Yes.
2    Q    If we do some math with some of these
3    reports, sometimes it's 2001 and sometimes it's not,
4    but we're trying to get down to the best recollection
5    you have.
6         Let me try it this way. In the reports,
7    there is a description of you staying in a motel with
8    Mr. Jones in November of 2001. Can you go back from
9    the Elko motel situation and tell us how many months
10   before that it was that you may have met him?
11   A    Six or seven months I believe.
12   Q    That makes sense, at least to me.
13        That would have put it back in the summer
14   spring of 2001.
15   A    Yes, that sounds right.
16   Q    And you would have been 14 years old, if my
17   math is correct, in 2001?
18   A    I was about 13 when my dad left, around 13
19   going on 14.
20   Q    All right.
21        Now, see if your dad left in the summer of --
22   A    July of 2000, that's when he left I remember
23   now because we were getting taken out of school and
24   there was a week left of school so I remember now.
25   Q    In July of 2000?

Page 32

1    A    No, June of 2000.
2    Q    Okay, June of 2000.
3         Now, hold that date in mind, okay, June of
4    2000, assume that's right for a moment. Go to the
5    Elko motel situation which we know is November of
6    2001.
7    A    Yes.
8    Q    Are you still sure that you had only known
9    Gary Jones for about six or seven months prior to the
10   Elko motel?
11   A    It has to be more than that because about a
12   month after my dad left -- about a half a month after
13   my dad left, we were in the Elko shelter, and we came
14   back and then school started again in August and
15   that's when we started -- let me see. I would say
16   around about October of 2000 I have known Gary, that's
17   when he started coming around and stuff like that.
18   Q    To help the family?
19   A    Yes.
20   Q    You mentioned the Elko shelter?
21   A    Yes.
22   Q    Because of your father's departure for
23   prison, were you and your brother put in a shelter in
24   Elko?
25   A    Me, my mom and my brother.

Page 33

1    Q    How did that happen?
2    A    The FBI told us to stay in there for several
3    weeks or a couple of months, something like that,
4    while my dad was still -- he was in Owyhee still until
5    they came to pick him up. Then they picked him up
6    within about a week.
7    Q    After the child died?
8    A    Yes.
9    Q    All right.
10   A    And then from there, I think they put him in
11   the Elko county jail.
12   Q    All right.
13   A    They could have put him there or they could
14   have sent him over here to Reno to Washoe.
15   Q    I'm going to try to reconstruct this as your
16   best recollection because these dates are very
17   important to us, okay?
18   A    Okay.
19   Q    Approximately August of 2000, you think
20   you're in the Elko shelter?
21   A    Uh-huh.
22   Q    Is that correct?
23   A    Yes.
24   Q    And they put you in the Elko shelter --
25   A    In August?

DA-DAZE-NOM MANZANARES - 06/26/07

Page 34

1  Q    I think that's what you said.
2  A    No, not in August.
3  Q    When were you in the Elko shelter?
4  A    Around the mid-part of June to the first part
5  of July.  Then in August, we went back to school.
6  Q    All right.
7       In the Elko shelter somewhere in the
8  timeframe of June and July of 2000; correct?
9  A    Yes.
10 Q    And then in August, you're allowed to return
11 to Owyhee?
12 A    Yes.
13 Q    And reside in your house?
14 A    Yes.
15 Q    And return to school?
16 A    Yes.
17 Q    What grade were you in?
18 A    Oh geez, let's see, I would have been a
19 freshman, 9th grade.
20 Q    My math says you're 13 years old in 2000
21 after February 14.
22 A    Then 8th grade because in 2001, I was a
23 freshman.
24 Q    So you're in 8th grade you think in 2000?
25 A    Let me see, I was in 7th grade.

Page 35

1  Q    When you met Mr. Jones, do you know what
2  grade you were in?
3  A    Yeah, I was a freshman.
4  Q    That's 9th grade?
5  A    Yeah, 8th grade going into 9th grade.
6       Then from there, I had to repeat my that's
7  —during my freshman and sophomore year, I was out and
8  then coming back half of my sophomore year, I had to
9  make all that up.
10 Q    That didn't help me at all.
11      We're going to go from graduation.
12 A    Okay, that would be easier.
13 Q    And we know graduation is 12th grade and that
14 occurred when?
15 A    May 27, 2005.
16 Q    All right.
17      So that's 12th grade?
18 A    Yes.
19 Q    Go back a here to May of 2004?
20 A    The 11th grade.
21 Q    Go back to May of 2003.
22 A    In 2003 was 10th, right?
23 Q    Unless we missed some school in there so be
24 sure about this.
25      So we go back to May of 2003, it would have

Page 36

1  been 10th grade?
2  A    In 2004, I had to make up two grades at the
3  same time.
4  Q    All right.
5       In 2002, do you remember in August of 2002
6  was the attempted suicide; okay?
7  A    Uh-huh.
8  Q    Yes?
9  A    Yes.
10 Q    2002 to 2003, were you a sophomore?
11 A    Yes.
12 Q    Did you go to school the fall semester in
13 2002 or did you go to Boise and stay there for a
14 while?
15 A    I think I went to Boise and stayed there
16 because I know when I came back, I had to repeat two
17 grades.
18 Q    Right.  And that was I think in January of
19 2003?
20 A    Yes, you're right, I was a sophomore then
21 because I remember coming back.  Then I had to do my
22 sophomore year plus my junior year.
23 Q    Okay.
24      But all this is going to one simple question
25 and that is when did you meet Gary Jones?

Page 37

1  A    In 2000, I think.
2  Q    Would it have been a full year before the
3  Elko motel situation?
4  A    Not really.
5  Q    That's what I think.
6  A    'No, it couldn't have because this whole thing
7  between me and Gary had been on for about a year.
8  Q    Prior to what?
9  A    Prior to him getting caught.
10 Q    Well, let's suggest he got caught after the
11 attempted suicide in August of 2002, fair?
12 A    Yes.
13 Q    All right.
14      So if you had been seeing him for about a
15 year, that would put it back to the summer of 2001
16 which is consistent with some of the reports?
17 A    Yes, it would be because after I did attempt
18 suicide, that's when they started really getting into
19 the investigation and stuff, yes.
20 Q    Right.
21      (Exhibit No. A was marked.)
22 BY MR. ROBISON:
23 Q    We have marked as Exhibit A to your
24 deposition the Complaint that is filed by you against
25 the defendants.

## Page 38

1    A    Okay.

2    Q    I'm not going to talk to you about that right

3 now but you have given a video and an audio recorded

4 statement to the Elko Police Department.

5         Do you remember that?

6    A    No.

7    Q    With Miss Bowers?

8    A    I don't remember.

9    Q    You sat in a little room.

10        I can play some of it for you and it might

11 refresh your recollection; do you want me to do that?

12    A    Yes.

13    Q    All right.

14        Let me ask some preliminary questions.

15    A    Okay.

16             (Exhibit B was marked.)

17 BY MR. ROBISON:

18    Q    This is our transcript, Exhibit B, of that

19 statement. I'm going to show you the video in a

20 moment but what I want to do is ask you to turn to

21 Page 8 and 9 of the transcript Exhibit B.

22        Now, Page 8, Detective Connie Bowers is

23 trying to find out what I'm trying to find out and

24 that's when you first met Gary Jones. Are you with

25 me?

## Page 39

1    A    Yes.

2    Q    All right.

3        Let's start at the top of Page 8. You say,

4 "But they came over to help you and your mother."

5         "Yes."

6        "Get through this period when your dad went

7 to prison?" You say "Uh-huh."

8        "So how did your relationship start with

9 him?" And you say, "I didn't really like him at

10 first. I hated his guts." She says, "Okay, that's

11 honest." You say, "I was afraid of him. Then a

12 little later on, I started growing out of that." She

13 says, "What caused you to do that?" And you say, "I

14 don't know. He started to be nice to me I guess."

15 She says, "How was he nice?" And you say, "Like any

16 uncle would treat you or aunt would treat you, like

17 your mom would treat you."

18        The question is asked, "So you came to look

19 at him first as an uncle figure or something?"

20         "Uh-huh."

21        "Okay." Your answer, "Well, my aunt and my

22 mom and some of my relatives were telling me that he

23 was my uncle and his sister was telling me that." She

24 says "What?" And you say, "His sister was telling me

25 that he was my uncle and she was my aunt."

## Page 40

1        Then she says "Okay. And so did you and he

2 start doing things together?" And you say, "Uh-huh.

3 Not until gee I think six or seven months later."

4        I read that to understand that about six or

5 seven months after you met Gary Jones, this physical

6 relationship evolved?

7    A    Yes.

8    Q    And you say in this statement that that

9 started at the motel in Elko?

10    A    Yes.

11    Q    So that we know is November of 2001?

12    A    Yes.

13    Q    So do you believe that was six or seven

14 months before the Elko situation where you first met

15 Gary Jones?

16    A    Yes.

17    Q    Is this truthful testimony?

18    A    Yes, I do remember now.

19    Q    Okay.

20        Then I won't have to play the tape right now.

21 I'll play it later.

22    A    No.

23    Q    Okay.

24        So we're going to go forward in this case

25 believing that you met Gary Jones about May or June of

## Page 41

1 2001, deal?

2    A    Deal.

3    Q    All right. I want to stop right there.

4        What faith were you in June of 2001?

5    A    It was called a non-denominal.

6    Q    Non-denomination?

7    A    Yes.

8    Q    You had never been to the Mormon church?

9    A    Like going to church?

10    Q    Right.

11    A    No. But yes, I've been in there. You know,

12 like for my mom used to have a friend that quilts and

13 I used to go help them quilt.

14    Q    Don't take me there, my wife does that.

15    A    Then I was small enough to climb under and

16 stick the needle through.

17    Q    But you didn't do that to go there for church

18 purposes?

19    A    No.

20    Q    You just went there because it was where your

21 mom was?

22    A    Right.

23    Q    And you had never participated in any Mormon

24 service?

25    A    No.

DA-DAZE-NOM MANZANARES - 06/26/07

## Page 42

1   Q    Never been a member of any of the youth

2   groups in the Mormon church?

3   A    No.

4   Q    You don't know anything about the Mormon

5   church philosophies as of that time?

6   A    No.

7   Q    You were never given teachings or preachings

8   from the Mormon church at that time?

9   A    No.

10   Q    Correct?

11   A    Yes.

12   Q    I'm going to ask you whether or not you know

13   what the weekly sacrament services are about at the

14   Mormon church?

15   A    I don't know what that is.

16   Q    You have no idea?

17   A    I have no idea.

18   Q    Do you know about the weekly primary

19   situations that young girls were involved in in the

20   Mormon church?

21   A    No.

22   Q    Okay.

23        And you still don't have any knowledge about

24   that?

25   A    Still don't know.

## Page 43

1   Q    All right.

2        Were you a member of any Young Woman's Relief

3   Society?

4   A    No.

5   Q    How about Society Services Group?

6   A    No.

7   Q    Never heard of that?

8   A    No.

9   Q    Don't know anything about that Mormon --

10   A    No.

11   Q    And you didn't go to Sunday school?

12   A    No.

13   Q    At the Mormon church?

14   A    No.

15   Q    You don't know anything about what they do in

16   Sunday school?

17   A    No, I don't.

18   Q    Do you know anything about the monthly fasts

19   at the Mormon church?

20   A    No.

21   Q    Do you know anything about the testimony

22   meetings at the Mormon church?

23   A    No.

24   Q    Do you know anything about the baptism

25   services at the Mormon church?

## Page 44

1   A    No.

2   Q    Have you ever participated or attended a

3   baptism at the Mormon church?

4   A    No.

5   Q    Do you know how they're done?

6   A    I think so.  I don't know.

7   Q    And is that something you just heard from

8   your friends?

9   A    Yes.

10   Q    How about a confirmation, do you know what

11   that is?

12   A    No.

13   Q    Do you know whether or not any of your

14   friends have ever been confirmed?

15   A    No.

16   Q    All right.

17        Ever been to a Mormon baby blessing?

18   A    I didn't even know they had those.

19   Q    All right.

20        It's safe to say, is it not ma'am, that

21   you've never ever been affiliated with the Mormon

22   church?

23   A    Never ever.

24   Q    And you don't know anything about the Mormon

25   church; correct?

## Page 45

1   A    No. I do not.

2   Q    I still have to ask these questions.  I know

3   the answer but I still have to ask them.

4        You haven't gone to any church functions?

5   A    No.

6   Q    And you haven't gone to any Mormon church

7   dinners?

8   A    No.

9   Q    And you haven't gone to any of the talent

10   programs?

11   A    No.

12   Q    Never participated in their talent programs?

13   A    No.

14   Q    Never been a participant or an observer of

15   their Christmas or holiday functions?

16   A    No.

17   Q    Have you or have you not?

18   A    No.

19   Q    Have you been at their holiday functions?

20   A    No.

21   Q    You have no familiarity at all with the

22   church structure; do you, ma'am?

23   A    No.

24   Q    And have you ever been requested to serve as

25   a leader in the church?

DA-DAZE-NOM MANZANARES - 06/26/07

Page 46

1  A    No.

2  Q    Have you ever been requested to be a member

3  of the church?

4  A    No.

5  Q    Have you ever paid a tithing?

6  A    No.

7  Q    Do you know what a tithing is?

8  A    You give money to them.  I don't know.

9  Q    Okay.

10   In any event, you haven't done it; correct?

11  A    No.

12  Q    How about fast offerings?

13  A    No. I wish they would give an offering to me.

14  Q    All right.

15   But you haven't participated in fast

16  offerings with the Mormon church, have you?

17  A    No.

18  Q    No participation at all in home teaching

19  programs?

20  A    No.

21  Q    Ever sat down and prayed with anybody from

22  the Mormon church?

23  A    No.

24  Q    Every received any spiritual guidance from

25  anybody at the Mormon church?

Page 47

1  A    No.

2  Q    Have you ever been indoctrinated or taught

3  about the Mormon church beliefs and philosophies by

4  anybody?

5  A    Yes, by my aunt, my Dad's sister.

6  Q    What's her name?

7  A    Lucille Grover.

8  Q    Was she a resident of Owyhee?

9  A    No. She lives in Salt Lake, Utah.  She used

10  to but now she lives somewhere I don't know where she

11  lives.

12  Q    Is Lucille your aunt on your mother's side?

13  A    No, on my Dad's side.

14  Q    That's your Dad's sister?

15  A    Yes.

16  Q    Did Aunt Lucille talk to you about Mormon

17  philosophies and beliefs?

18  A    All she said is that I should become a Mormon

19  and stuff like that.

20  Q    Oh, I see.

21   So she thought that it might be in your best

22  interests to become a member of their church?

23  A    Yeah.  I told her that they're crazy, and she

24  got mad at me.

25  Q    And your belief is your belief.

Page 48

1   Why do you think they're crazy?

2  A    I don't know.  They just have weird beliefs,

3  I guess.

4  Q    Is that what you've heard from your friends?

5  A    Even on T.V.

6  Q    And the things that have occurred in your

7  life that make you think that the Mormon church is

8  crazy, as you put it, is things that you've heard from

9  friends or seen on TV?

10  A    Yes.

11  Q    And not from Gary Jones?

12  A    No.

13  Q    And Gary Jones never tried to preach to you?

14  A    No.

15  Q    He never tried to convert you?

16  A    He did once but I told him "No," I didn't

17  want to.

18  Q    Are you aware that the Mormon church is

19  actually run by lay people?  Do you know what I mean

20  by that?

21  A    What?

22  Q    They don't go to seminaries.  They don't go

23  to school to be priests; did you know that?

24  A    Huh-huh.

25  Q    Anyway, Gary Jones never tried to put the

Page 49

1  Mormon beliefs in your head, did he?

2  A    No.

3  Q    And you never looked to him as some kind of

4  pastor or minister to help you spiritually, did you?

5  A    No.

6  Q    And you never imposed trust or confidence in

7  him from a spiritual sense?

8  A    No.

9  Q    All right.

10   Gary Jones became a friend of yours; correct?

11  A    Yes.

12  Q    And then it later evolved into a

13  relationship?

14  A    Yes.

15  Q    But that had nothing to do with the Mormon

16  church; correct?

17  A    At first, there was this lady that told me to

18  go talk to him.  After she knew that my dad had left,

19  told me to go talk to him for counseling and stuff

20  like that but I never really took it into

21  consideration.  I was young and I didn't want to

22  listen to anybody.

23  Q    I understand that.

24   You never went to Gary Jones, even what that

25  lady said for spiritual guidance?

DA-DAZE-NOM MANZANARES - 06/26/07

## Page 50

1    A    No, I did not.  I told my mom, and my mom
2    just started laughing.  "You don't need that."
3    Q    And now as I understand the situation though,
4    is that after your father was apprehended and after
5    you came back from the shelter, the Mormon church
6    tried to help your family?
7    A    Yes, with food.
8    Q    And you're not critical of the church for
9    trying to help your family, are you?
10    A    No, I'm not, that was a good thing that they
11    did because we were on the down side.
12    Q    Right and the Mormon church I think got you
13    some food services?
14    A    Yes.
15    Q    And that was welcomed and you're thankful for
16    that; correct?
17    A    Yes.
18    Q    And they also I think got some clothing; do
19    you remember that?
20    A    I just know the food part, not the clothes.
21    Q    You're not blaming, in this case, the Mormon
22    church for assisting your family, are you?
23    A    No.
24    Q    That's something that you're grateful for?
25    A    Yes.

## Page 51

1    Q    And Mr. Jones was the person that had helped
2    get you that Mormon assistance, that Mormon church
3    assistance?
4    A    I believe so.
5    Q    You don't hold that against Mr. Jones, do
6    you?
7    A    No.
8    Q    And are you grateful to Mr. Jones at least
9    for --
10    A    Helping us out with the food, yes.
11    Q    Through the Mormon church?
12    A    Yes.
13    Q    All right.
14    A    Because I don't think anybody else would.
15    Q    Right.
16        Okay.  So after the assistance is given to
17    your family, is this that time where you indicate that
18    you kind of hated him?
19    A    Yes.
20    Q    Even though Mr. Jones is getting the Mormon
21    church to provide food assistance for your family, you
22    don't like him at that time?
23    A    No.
24    Q    How long was it after the Mormon church
25    helped your family that you began to feel differently

## Page 52

1    about Mr. Jones?
2    A    I would say about two or three months after
3    when my mom started talking to me saying that, "You
4    shouldn't be that way," and stuff like that.
5    Q    When she said "that way --
6    A    Like being rude --
7    Q    And hateful?
8    A    Yes.
9    Q    Did Mr. Jones ever talk to you about any of
10    the Mormon church activities?
11    A    No.
12    Q    Did he ever mention primary activities for
13    children young children age three to ten?
14    A    All he said was just like they do fun things
15    like arts and crafts.
16    Q    But you weren't interested?
17    A    No.
18    Q    Did he mention anything about the Merry Miss
19    activities?
20    A    The what?
21    Q    Merry Miss?
22    A    I don't know what that is.
23    Q    All right.
24        Did he indicate -- did he mention anything to
25    you about the beehive activities?

## Page 53

1    A    I have no idea what that is.
2    Q    That's a program set up for girls between 12
3    and 18 years old within the church.  No discussion
4    with Mr. Jones about beehive activities?
5    A    No.
6    Q    Did he mention anything to you about Mea maid
7    Activities?
8    A    No.
9    Q    Do you know what that is?
10    A    No.
11    Q    Ever heard of it before today?
12    A    No.
13    Q    Those are church activities for girls between
14    the age of 14 and 15.  Is this the first time you've
15    heard that?
16    A    The first time ever.
17    Q    And Mr. Jones never mentioned that to you?
18    A    No.
19    Q    And how about laurel activities?
20    A    No.
21    Q    Mr. Jones never mentioned anything about
22    laurel activities for girls in the church age 16 to
23    18?
24    A    No.
25    Q    How about the combined youth activities, did

Page 54

1 he ever talk about that other than the arts and

2 crafts?

3    A    No.

4    Q    He didn't try to make you or suggest to you

5 that you should be part of these activities, did he?

6    A    No. All he said is, "You should just try it

7 out."

8    Q    You made a pretty definite answer to that,

9 didn't you?

10    A    Yes.

11    Q    And it would fair to say, in this case ma'am,

12 that you made it clear to Gary Jones that you wanted

13 nothing to do with the Mormon church?

14    A    Yes.

15    Q    And it's still your position?

16    A    Yes.

17    Q    So if I start working on you, it's not going

18 to work?

19    A    It won't work.

20    Q    Do you know anything about the Temple?

21    A    You mean that big thing that goes like that?

22 Is it a church or what?

23    Q    Yeah. Well, you've answered my question.

24    Do you know what a Branch President is in the

25 Mormon church?

Page 55

1    A    Isn't it like a co-pastor or something. I

2 really don't know.

3    Q    Do you know what, if any, position Mr. Jones

4 had with the Mormon church when you and he were

5 involved?

6    A    At the time, I think he was the Bishop,

7 that's what they called him.

8    Q    Who called him that?

9    A    The church people, church members.

10    Q    Do you know where the church was located in

11 Owyhee?

12    A    Yes, over by the hospital.

13    Q    Do you know what Mr. Jones did there?

14    A    Preach, I guess.

15    Q    But he never preached to you?

16    A    No.

17    Q    And you never prayed together?

18    A    No.

19    Q    Did you share your -- your religious beliefs,

20 your spiritual beliefs, did you share those with him?

21    A    No.

22    Q    Was that something not involved?

23    A    No.

24    Q    So it would be fair to say that your

25 relationship with Mr. Jones had nothing to do with

Page 56

1 religion?

2    A    No.

3    Q    Well, wait a minute, we're both saying the

4 same thing.

5    Is it true that your relationship with Mr.

6 Jones had nothing to do with religion; correct?

7    A    Correct.

8    Q    Okay. Thank you.

9    I have the statement in front of you. I want

10 to kind of walk through it with you, if you don't

11 mind. We're on Page 8, and we went through a little

12 bit on Page 9. I want to turn to Page 10.

13    You give the detective in this statement

14 about line six you say, "Okay. It's coming back."

15 She asked the question. "Okay. Explain to me what

16 happened at the Owyhee -- let me do this. I'm going

17 to move ahead to Page 25.

18    After I show you the videotape, ma'am, I'm

19 going to ask you some questions about what's on Page

20 25 of the transcript. I think the record should

21 reflect that the court reporter is not going to

22 transcribe what's being played at this time.

23    (The tape was played.)

24 BY MR. ROBISON:

25    Q    All right.

Page 57

1    Do you recall now, after seeing the video,

2 giving the statement to Detective Bowers?

3    A    Yes.

4    Q    And that is you in the video?

5    A    Yes.

6    Q    And our transcript of the video reflects that

7 that statement was given, ma'am, on February 3, excuse

8 me, February 4, 2003?

9    A    Okay.

10    Q    I think that this would have been after you

11 came back from Boise?

12    A    Yes.

13    Q    And you just resumed the school year?

14    A    Yes.

15    Q    Where you tried to make up for that lost

16 time; correct?

17    A    Yes.

18    Q    Now, did you know the importance of telling

19 Miss Bowers the truth?

20    A    Yes.

21    Q    And did you tell her the truth?

22    A    Yes.

23    Q    Now, in this statement, as we see on page --

24 I think we should start with Page 24 or 25. We'll

25 start at the top. Are you with me?

DA-DAZE-NOM MANZANARES - 06/26/07

Page 58

1  A   Yes.

2  Q   You go down to the question on line six.

3     Detective Bowers asked you, "Well, between

4  November -- after the Ameritel Inn, you're talking

5  about another eight or nine months.  Did you ever go

6  on another trip with him."

7     You say, "No because his wife," and then it's

8  inaudible.  Do you remember what you said about his

9  wife?

10  A   His wife came back.

11  Q   So you couldn't go on a trip with Mr. Jones?

12  A   Yes.

13  Q   So that should read, "No because his wife

14  came back?"

15  A   Yes.

16  Q   On line ten of Page 25.  Thank you.

17     Then she asked, "But you used to meet him

18  there on the reservation?"  And you answer, "I talked

19  to him every now and then."  Then she says, "Did you

20  have sex with him again?"  Answer "No."

21     She says question, "After the Ameritel Inn,

22  you never had sex with him again?"  Your answer "No."

23  Question.  "So you had sex with him a total of four

24  times?"  And your answer is "Uh-huh."  She says,

25  "You're sure?"  And you say, "Uh-huh."  And the

Page 59

1  question is, "You're telling me the truth?"  And you

2  say "Uh-huh."

3     Then the next question she says, "It's very

4  important did you have a relationship of any kind with

5  him after that?"  Answer, "I just tried talking to him

6  and stuff."  Question.  "But there was no sex at the

7  school, no sex on the reservation in Owyhee or

8  anywhere?"  Your answer "No."  Was that truthful?

9  A   Yes.

10  Q   Okay.

11     So in this situation this whole case that

12  we're here for today really is about what happened at

13  that motel, true?

14  A   Yes.

15  Q   Insofar as the sexual contact?

16  A   Yes.

17  Q   The only sex you had with Gary Jones, ma'am,

18  was at the Ameritel Hotel in Elko Nevada in November

19  of 2001, true?

20  A   At the motel, yes, that is true but within

21  the reservation, we did it about I would say two

22  times.  One was at his house, and one was in his

23  pickup.

24  Q   Okay.

25     Was that before Elko or after Elko?

Page 60

1  A   Before.

2  Q   All right.

3     And Elko then -- the Elko Ameritel Motel

4  would have been then the last time that you had a

5  sexual relationship with Gary Jones?

6  A   Yes.

7  Q   True?

8  A   Yes.

9  Q   And this gets a little dicy but bear with me.

10     And that was purely vaginal sex?

11  A   Yes.

12  Q   No oral sex?

13  A   No.

14  Q   And how long before the Ameritel Hotel Motel

15  relationship was it going back in time that you had a

16  sexual relationship with Mr. Jones at his house or at

17  in his truck?

18  A   At the house was about three weeks prior to

19  the Ameritel Inn.

20  Q   Okay.

21  A   And the truck one was about -- I would say

22  about a month.

23  Q   All right.

24     So the first time that you had a physical

25  sexual relationship with Mr. Jones would have been

Page 61

1  approximately in the early part of October of 2001?

2  A   Yes.

3  Q   And I'm asking you to assume that's a month

4  before the Elko motel?

5  A   Yes.

6  Q   The second time that you had an intimate

7  relationship with Mr. Jones was at his house

8  approximately three weeks before the stay at the

9  motel?

10  A   Yes.

11  Q   And then there was what is it a four-day stay

12  at the motel?

13  A   Something like that.

14  Q   And how many times was there sexual relations

15  in the motel, during that period of time?

16  A   Two.

17  Q   Okay.

18     And I'm not playing games with you but on

19  Page 25 in that area of this transcript, I think you

20  say four.  Does that refresh your recollection?

21  A   Yes.

22  Q   Does that include the other two?

23  A   Yes, it does.

24  Q   So there's a total --

25  A   Because the day -- okay.  There's four days

Page 62

1   we were there, right?
2       Q       Right.
3       A       The last two days, that's when we did it and
4   then plus the other two.
5       Q       So this case, ma'am, your very best honest
6   truthful testimony is with regard to sexual encounters
7   four times?
8       A       Yes.
9       Q       Between approximately October of 2001 and the
10  last two days that you were at the motel in Elko in
11  November of 2001; right?
12      A       Yes.
13      Q       Thereafter, Lucille Jones gets involved;
14  right?
15      A       Yes.
16      Q       Not a happy camper, right?
17      A       No.
18      Q       And that kind of ended the sexual
19  relationship between you and Mr. Jones?
20      A       Yes.
21      Q       All right.
22      A       Prior -- before the sex and stuff, he would
23  just like touch me in places he shouldn't be touching.
24      Q       I understand, we'll get there in a moment.
25              What I want to do is put a period.  I want to

Page 63

1   make sure that the jury and the judge and everybody
2   knows when the sex ended and it's true, correct, that
3   it ended that weekend in Elko at that motel; correct?
4       A       Yes.
5       Q       Thereafter, there's no sex between yourself
6   and Mr. Jones?
7       A       No.
8       Q       All right.
9               Was there improper touching after Elko?
10      A       Yes.
11      Q       Was there any sex and I don't know, President
12  Clinton had a tough one with that one.
13              Okay.  After the motel incident, that's the
14  last time there was intercourse?
15      A       Yes.
16      Q       Was there improper touching after that, as
17  far as you're concerned?
18      A       Yes, touching, feeling and like feeling of
19  the private area and chest area, and there was
20  kissing.
21      Q       And how many times after the motel?
22      A       I would say every time I went back to school
23  like whenever he would think that nobody was around in
24  the school, like when people were working and kids are
25  in classes and stuff like that.

Page 64

1       Q       Mr. Beko is going to ask you more questions
2   about that.
3       A       Okay.
4       Q       Never were you at the church with Mr. Jones?
5       A       Yes.  I went there once.
6       Q       For what?
7       A       He had to do some kind of paperwork with the
8   church.
9       Q       Nothing to do with sex though?
10      A       No.
11      Q       So this church, the Mormon church, is not the
12  location of any sexual activity?
13      A       No.
14      Q       And no improper touching, no improper
15  anything at the church; correct?
16      A       Correct.
17      Q       And these are going to be hard questions, I
18  understand that, so bear with me.
19              Why was it that you allowed yourself to be
20  touched or have sex with Mr. Jones in the house --
21  excuse me, yeah in the house?  Did you think that you
22  were in love with him?
23      A       At the time, yes.
24      Q       Why did you think -- what was it about him
25  that you loved or thought you loved at the time?

Page 65

1       A       At the time, I would say it was the money.
2       Q       Did he appear to have money?
3       A       Yes, he did.
4       Q       Okay.
5               When I -- like some field trips I would go to
6   if I needed money, he would give it to me when my mom
7   didn't have it.
8       Q       Do you think he took advantage of you because
9   of his money situation?
10      A       I would say yes.
11      Q       Do you think you -- I'm going to use the word
12  "consent."
13              Did you consent to having sex with him?
14      A       You mean giving him the okay?
15      Q       Yes.
16      A       Yes.
17      Q       Did you do that because you thought you loved
18  him?
19      A       I did it because I was scared.  I thought if
20  he didn't -- if I didn't give him the okay, he would
21  tell or harm me in any way.
22      Q       The authorities have recovered your notebooks
23  and your calendars.
24              In those paperwork, I'm sure you're aware of
25  the fact that there's expressions of love?

Page 66

1    A    Yes.

2    Q    And you are saying in these notes that you

3  love Gary Jones?

4    A    Yes.

5    Q    And at the time you thought you did?

6    A    Yes.

7    Q    But we don't see any notes where you say you

8  were afraid of him.

9         After you've had the sex the first time in

10 the truck; right?

11   A    Uh-huh.

12   Q    You weren't afraid of him after that, were

13 you?

14   A    No.

15   Q    And it still was a situation where he was

16 spending money on you; correct?

17   A    Yes.

18   Q    And you thought you had a feeling of love for

19 him?

20   A    Yes.

21   Q    And that's why you had these intimate

22 relationships?

23   A    Yes.

24   Q    Okay.

25        He never tried to put any guilt trip on you

Page 67

1  religiously or spiritually, did he?

2    A    No.

3    Q    He never used any of the Mormon philosophies

4  or beliefs to get you to consent to sex, did he?

5    A    No.

6    Q    Again, religion was kind of a deal breaker;

7  wasn't it?

8    A    Yes.

9    Q    All right.

10        Other than the vaginal sex and touching of

11 the breasts and the private parts, no other type of

12 sex; correct?

13   A    No.

14   Q    All right.

15        After Mr. Jones in August of 2002, there was

16 a suicide attempt; correct?

17   A    Yes.

18   Q    You went to Boise for a while and you

19 received some treatment?

20   A    Yes.

21   Q    What kind of treatment?

22   A    Psychological.

23   Q    All right.

24        Did it help?

25   A    Yes, some of it did.

Page 68

1    Q    Let me ask you and I want you to explain this

2  answer to me because if you turn to Page 31 of this

3  transcript of you giving a statement to Detective

4  Bowers, 31, please, and you start really on Page 30,

5  the last question.

6         She asked you, "Did you talk to anybody about

7  this in Boise about the suicidal tendencies?"  And you

8  say "Uh-huh."

9         Then on Page 31 she says, "And then --", you

10 answered, "At the blank treatment because I inaudible

11 treatment, I wouldn't be cutting myself."  And then

12 she says, "Do you think you still need help?"  And you

13 said "No," or you actually said "Nope."  Was that

14 truthful?

15   A    Yes.

16   Q    So would it be fair to say in this case, to

17 the judge and jury, that as of February 4, 2003, you

18 did not need any more help?

19   A    After then at that time, no, because I didn't

20 want -- I didn't want to be sent back where I was at.

21 I didn't like it there.

22   Q    At Boise?

23   A    Yes.

24   Q    You didn't like the people?

25   A    No.

Page 69

1    Q    Why?

2    A    I don't know, they were just -- I guess I

3  didn't like to be watched all the time.

4    Q    I don't like to be watched either.

5    A    I wanted privacy.

6    Q    After Boise, have you received any medical

7  services, any treatment, psychological, psychiatric?

8    A    Yes.  I used to talk to this shrink.  He was

9  there Wednesdays and Fridays over at the hospital.

10   Q    The next several questions I'm going to ask

11 you a little bit about the treatment and things like

12 that but it's about 98 degrees in here.  So let's take

13 a recess and cool it down.

14        (A recess was taken.)

15 BY MR. ROBISON:

16   Q    Miss Manzanares, we just completed a recess.

17        Without telling me anything that may have

18 been discussed, did you have an opportunity to confer

19 with counsel during the recess?

20   A    Just say that again.

21   Q    Did you have an opportunity to talk to your

22 attorney during the recess?

23   A    About this, no.

24   Q    About your testimony today?

25   A    No.

Page 70

1    Q    So there's nothing that you want to change in
2  your testimony as we sit here right now?
3    A    No.
4    Q    We're going to go forward with my part of
5  this deposition and everything you've told me so far
6  is the absolute truth and honesty; correct?
7    A    Yes.
8    Q    You made a comment about being at the church
9  with Mr. Jones to do some paperwork.
10         Was that before the Ameritel motel incident
11  or after; if you recall?
12    A    I believe it was before, I'm really not sure.
13    Q    Okay.
14         But that would have been the only time?
15    A    Yes.
16    Q    That you were at the church or on the church
17  premises with Mr. Jones?
18    A    Yes.
19    Q    All right.
20         Thank you. Listen, we have Exhibit C that
21  I'd like to show you.
22         (A discussion was held.)
23  BY MR. ROBISON:
24    Q    Mr. Beko has a good point.
25         Counsel, if you don't mind, I would like the

Page 71

1  record to reflect that Exhibit A is Exhibit No. 1.
2  Exhibit B is Exhibit No. 2 and I'm now marking Exhibit
3  No. 3, and we would like, if it's okay with counsel,
4  to proceed sequentially throughout these depositions
5  so we have one set of exhibits.
6         (Exhibit No. 3 was marked.)
7  BY MR. ROBISON:
8    Q    Exhibit 3, ma'am, is a report we got that's
9  Bates and I think it's our production, PR 106, and
10  it's also part of the School District's production and
11  it's a Suicide or Attempted Suicide Report form. This
12  is the one they did in August after the situation at
13  your home.
14         Did you reside on the reservation at this
15  time on August of 2002?
16    A    Yes.
17    Q    And did Mr. Jones reside on the reservation?
18    A    Yes.
19    Q    It says "Month Date" four lines down on the
20  right side 8/02. Do you see that?
21    A    Yes.
22    Q    And "Method, hanging. Reason: Family
23  problems and stress." Okay?
24    A    Yes.
25    Q    I'm more interested in the next entry.

Page 72

1         It says, "Previous attempts," and it says
2  "One other 12/01." Do you see that?
3    A    There shouldn't be.
4    Q    Do you recall having an attempted suicide
5  prior to this August 2002 incident where Mr. Jones
6  came over and made a statement?
7    A    Not that I remember.
8    Q    Okay.
9    A    I might have talked about it but not really
10  gave the attempt like how I did in 8/2.
11    Q    The "12/01" on this line on Exhibit 3 would
12  have been almost a month after the Ameritel motel
13  situation in Elko; right?
14    A    Yes.
15    Q    Does that help you within a month or so after
16  the Elko motel room that you would have attempted
17  suicide?
18    A    Yes, but I didn't actually attempt. I guess
19  it was a talk, but I never really, actually --
20    Q    Why was there talk in December?
21         If this is the case, why would there be talk
22  about suicide about within a month or so after Elko?
23    A    Just because people started to find out and
24  they all started teasing and stuff.
25    Q    Found out about Elko?

Page 73

1    A    Yeah, that and what has been going on between
2  me and Gary.
3    Q    You told a couple of your friends?
4    A    Yes, I did.
5    Q    Cheyenne Rose?
6    A    Yes.
7    Q    And the other one is?
8    A    Jillian Putra.
9    Q    Right, P U T R A.
10         Throughout the spring of 2002, you're in
11  school; correct?
12    A    Yes.
13    Q    And you and Mr. Jones are not in any way
14  involved with a sexual relationship that can be
15  defined as intercourse; correct?
16    A    Yes.
17    Q    Is it still your belief in 2001 that Mr.
18  Jones is affiliated with the Mormon church in any way?
19    A    Yes.
20    Q    And how was he associated with the church in
21  2002?
22    A    Several times he tried to like I guess
23  convert me to the Mormon ways.
24    Q    Now, we've discussed that. This is a
25  different question.

DA-DAZE-NOM MANZANARES - 06/26/07

Page 74

1    You've told me that religion has nothing to
2  do with your relationship with Mr. Jones in 2001.
3  This is a different question.  In 2002, what was your
4  understanding of his position?  Did you understand
5  that he was still this Bishop?
6    A    As far as I knew, yes, I did.
7    Q    So you and he never talked about whether he
8  obtained any other office at the church in 2002?
9    A    Not that I know of, no.
10   Q    And he never discussed with you his duties
11 and responsibilities at the church during 2002 and
12 this is the next year?
13   A    No.
14   Q    All right.
15        Did he ever tell you that he stepped down as
16 Bishop?
17   A    He was talking about it, yes.  He was saying,
18 "I should step down," and stuff like that.
19   Q    Other than saying that he should do that, did
20 he ever tell you that he did do that?
21   A    No.
22   Q    By the time August of 2002 rolls around, it's
23 still your understanding that he is -- somehow has a
24 position with the Mormon church?
25   A    Can you repeat that question?

Page 75

1    Q    Yes.
2    A    By the time this suicide attempt occurred in
3  August of 2002, was it your understanding at that time
4  that he still had some position with the Mormon
5  church?
6    A    Yes.
7    Q    And you still thought he was Bishop?
8    A    Yeah.  I wasn't too sure if he did step down
9  or anything like that.
10   Q    But you and he didn't make that a subject of
11 your discussions?
12   A    No.
13   Q    And still throughout 2002, religion was kind
14 of off topic for you and he?
15   A    Yes.
16   Q    To your knowledge, did Mr. Jones ever serve
17 as a counselor spiritually to your family?
18   A    All I've heard him say to my mom is just that
19 "Keep on praying," and stuff like that but other than
20 the counseling, no.
21   Q    All right.
22        Now, Mr. Seahmer is a minister, isn't he?
23   A    Yes.
24   Q    Baptist?
25   A    I don't know.  He might be a

Page 76

1  non-denominational.
2    Q    Rudolph Seahmer came into your household
3  when?
4    A    I would say the year of 2002.
5    Q    All right.
6        After the Elko incident because your mother
7  was back in Oklahoma to see Mr. Seahmer and left you
8  in that situation?
9    A    Yes.
10   Q    And you are a little bit upset with your
11 mother the fact that she left you in that situation?
12   A    Yes.
13   Q    You wanted to go with her; correct?
14   A    Yes.
15   Q    And she said "No," and farmed you off to
16 whoever she could which turned out to be Mr. Jones;
17 right?
18   A    Yes.
19   Q    And have you and your mother talked about
20 that and your feelings about that?
21   A    No.
22   Q    Have you told her that you are angry at her,
23 as you did the police, that she left you in that
24 position?
25   A    No.

Page 77

1    Q    Okay.
2    A    I didn't want for her to I guess put the
3  guilt on her.
4    Q    I understand.
5        But you felt that way?
6    A    Yes, even --
7    Q    Still do?
8    A    Yes.
9    Q    Now, your mother returns from Oklahoma a week
10 or so around this motel incident in Elko?
11   A    Yes.
12   Q    Did Mr. Seahmer come back with her?
13   A    No.
14   Q    They got married when, the early part of
15 2002?
16   A    I believe so.
17   Q    When did he move in?
18   A    I know he was there --
19   Q    Keep your voice up, please.
20   A    I know he was there for the time I went into
21 treatment and then when Gary and Lucille came over to
22 the house --
23   Q    He was there?
24   A    Yes, he was living there.
25        So I think it was in February of 2002 he was

DA-DAZE-NOM MANZANARES - 06/26/07

1    STATE OF NEVADA        )
                            )  ss.
2    COUNTY OF WASHOE       )

3

4         I, GAIL R. WILLSEY, a notary public in and

5    for the County of Washoe, State of Nevada, do hereby

6    certify:

7         That on Tuesday, the 26th day of June, 2007,

8    at the offices of ROBISON, BELAUSTEGUI, SHARP AND LOW,

9    71 Washington St., Reno, Nevada, personally appeared

10   DA-DAZE-NOM MANZANARES, who was sworn by me, and was

11   deposed in the matter entitled herein;

12        That said deposition was taken in stenotype

13   notes by me, a Certified Shorthand Reporter, and

14   thereafter transcribed into typewriting as herein

15   appears;

16        That the foregoing transcript, consisting of

17   pages 1 through 321, is a full, true and correct

18   transcription of my stenotype notes.

19        DATED:  At Reno, Nevada, this 11th day of

20   July, 2007.

21

22

23   _____

     GAIL R. WILLSEY, CSR #359

24

25