Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

**ELECTRONICALLY FILED   09/06/07**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and
GARY LEE JONES, SR., as agent for ELKO
COUNTY SCHOOL DISTRICT, and GARY LEE
JONES, SR., individually, and CORPORATION
OF THE PRESIDING BISHOP OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, a foreign corporation registered to
do business in the State of Nevada;
CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS AND SUCCESSORS, a foreign
corporation registered to do business in the State
of Nevada; and Does 1-5, and XYZ Corporations
1-5.

    Defendants.
_____/

**CASE NO. 07-CV-00076-LRH-RAM**

### STIPULATION TO ALLOW INDEPENDENT MEDICAL EXAMINATION

The parties hereto, Plaintiff Da-Daze-Nom Manzanares , and  Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors, ("The Church"), hereby stipulate to allow the Church's expert, Dr. William Foote, to conduct an independent medical examination of Plaintiff.  The independent medical examination shall occur on

September 12 and 13, 2007, at Dr. William E. Foote's office located at 215 Gold Avenue SW, Ste. 202, Albuquerque, New Mexico. This stipulation is not an admission by Plaintiff as to the validity or appropriateness of any opinions to be rendered by Dr. Foote in this matter and Plaintiff specifically reserves all objections to any testimony to be provided by Dr. Foote.

So Stipulated:

DATED this ___ day of September, 2007.         DATED this ___ day of September, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop
of The Church of Jesus Christ of
Latter-Day Saints and
Corporation of the President of The
Church of Jesus Christ of Latter-Day
Saints and Successors

MARVEL & KUMP, LTD.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645

By: _____
JEFFREY J. KUMP, ESQ.
Attorney for Plaintiff
Da-Daze-Nom Manzanares

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____ September 11, 2007 _____

2

**CERTIFICATE OF SERVICE**

  Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused a true copy of **STIPULATION TO ALLOW INDEPENDENT MEDICAL EXAMINATION** to be served on all parties to this action by:

__X__ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ personal delivery/hand delivery

_____ facsimile (fax)

_____ Federal Express/UPS or other overnight delivery

_____ Reno Carson Messenger Service

| | |
|---|---|
| Jeffrey J. Kump, Esq.<br>Marvel & Kump, Ltd.<br>217 Idaho Street<br>P.O. Box 2645<br>Elko, NV 89803-2645<br>Facsimile: (775) 738-0187<br>Attorneys for Plaintiff | Thomas P. Beko, Esq.<br>Erickson, Thorpe & Swainston, Ltd.<br>99 West Arroyo Street<br>P.O. Box 3559<br>Reno, NV 89505<br>Facsimile: (775) 786-4160<br>Attorneys for Defendant<br>Elko County School District |

Kelly G. Watson, Esq.
Colt B. Dodrill, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
Facsimile: (775) 333-8171
Attorneys for Defendant Gary Lee Jones, Sr.

Dated this ____ day of September, 2007.

           _____
           Employee of Robison, Belaustegui,
           Sharp & Low

J:\WPData\Krr\1105.001\P-Stipulation to IME.wpd