Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No. 9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

ELECTRONICALLY FILED 09/14/07

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

  Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and
GARY LEE JONES, SR., as agent for ELKO
COUNTY SCHOOL DISTRICT, and GARY LEE
JONES, SR., individually, and CORPORATION
OF THE PRESIDING BISHOP OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, a foreign corporation registered to
do business in the State of Nevada;
CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS AND SUCCESSORS, a foreign
corporation registered to do business in the State
of Nevada; and Does 1-5, and XYZ Corporations
1-5.

  Defendants.
_____/

CASE NO. 07-CV-00076-LRH-RAM

**STIPULATION TO EXTEND EXPERT REPORT DISCLOSURE DEADLINE
(FIRST REQUEST FOR EXTENSION)**

The parties hereto, Plaintiff Da-Daze-Nom Manzanares, Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors, ("The Church"), Defendants Elko County School District and Defendant Gary Lee Jones, Sr., hereby stipulate to

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

Dockets.Justia.com

extend the date for disclosure of expert witness reports required by Fed. R. Civ. P. 26(a)(2) regarding expert witnesses by seven days to October 5, 2007, with rebuttal disclosures due on or before November 5, 2007. The reason for this extension is to accommodate Plaintiff's childcare issues in conjunction with an independent medical examination of Plaintiff.

So Stipulated:

DATED this 12 day of September, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop
of The Church of Jesus Christ of
Latter-Day Saints and
Corporation of the President of The
Church of Jesus Christ of Latter-Day
Saints and Successors

DATED this 14 day of September, 2007.

MARVEL & KUMP, LTD.
217 Idaho Street
P.O. Box 2645
Elko, NV 89803-2645

By: _____
JEFFREY J. KUMP, ESQ.
Attorney for Plaintiff
Da-Daze-Nom Manzanares

DATED this 13th day of September, 2007.

ERICKSON, THORPE & SWAINSTON, Ltd.
P.O. Box 3559
Reno, NV 89505

By: _____
THOMAS P. BEKO, ESQ.
BRENT L. RYMAN, ESQ.
Attorneys for Defendant
Elko County School District

DATED this 13 day of September, 2007.

WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

By: _____
KELLY G. WATSON, ESQ.
AZIZ N. MERCHANT, ESQ.
Attorneys for Defendant
Gary Lee Jones, Sr.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ September 17, 2007 _____