1  THOMAS P. BEKO, ESQ. (Bar No. 002653)
   99 West Arroyo Street
2  P.O. Box 3559
   Reno, Nevada 89505
3  Telephone: (775) 786-3930
   Attorneys for Defendants
4

5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8

9  DA-DAZE-NOM MANZANARES,            Case No. 3:07-cv-00076-LRH-RAM

10            Plaintiffs,

11 vs.
                                      **DEFENDANT ELKO COUNTY
12 ELKO COUNTY SCHOOL DISTRICT,       SCHOOL DISTRICT'S JOINDER IN
   and GARY LEE JONES, SR., as agent for  DEFENDANTS' OPPOSITION TO
13 ELKO COUNTY SCHOOL DISTRICT,       PLAINTIFF'S SECOND MOTION TO
   and GARY LEE JONES, SR.,           AMEND COMPLAINT**
14 individually, and CORPORATION OF
   THE PRESIDING BISHOP OF THE
15 CHURCH OF JESUS CHRIST OF
   LATTER-DAY SAINTS, a foreign
16 corporation registered to do business in the
   State of Nevada; CORPORATION OF
17 THE PRESIDENT OF THE CHURCH OF
   JESUS CHRIST OF LATTER-DAY
18 SAINTS AND SUCCESSORS, a foreign
   corporation registered to do business in the
19 State of Nevada; and Does 1-5, and XYZ
   Corporations 1-5.
20
              Defendants.
21                                        /

22

23   **DEFENDANT ELKO COUNTY SCHOOL DISTRICT'S JOINDER IN
     DEFENDANTS' OPPOSITION TO MOTION TO AMEND COMPLAINT**
24
        COMES NOW, Defendant ELKO COUNTY SCHOOL DISTRICT, by and
25
   through its attorneys, Erickson, Thorpe and Swainston, and Thomas P. Beko, Esq., hereby
26
   joins Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of
27
   ///
28
   ///

1  Latter Day Saints' and Corporation of the President of the Church of Jesus Christ of
2  Latter-Day Saints and Successors' Opposition to Plaintiff's Second Motion to Amend
3  Complaint.
4        DATED this 17th day of September, 2007.
5                                                 ERICKSON, THORPE & SWAINSTON, LTD.

7                    By        /S/
8                         THOMAS P. BEKO, ESQ.
                       Attorneys for Elko County School District