Kent R. Robison, Esq. (Bar No. 1167)
Clayton P. Brust, Esq. (Bar No. 5234)
Jennifer L. Baker, Esq. (Bar No.9559)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7169
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

ELECTRONICALLY FILED 10/02/07

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

    Defendants.
_____/

CASE NO. 07-CV-00076-LRH-RAM

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, through her undersigned counsel, and the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors ("LDS Defendants"), by and through their undersigned counsel, stipulate that all claims, causes and counts set forth in all Complaints

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

dockets.Justia.com

and proposed Complaints be dismissed with prejudice against the LDS Defendants, with all parties to bear their own costs and fees.

DATED this __1__ day of October, 2007.

          MARVEL & KUMP, LTD.
          217 Idaho Street
          P.O. Box 2645
          Elko, Nevada 89803-2645

By: _____
     JEFFREY J. KUMP
     Attorneys for Plaintiff
     Da-Daze-Nom Manzanares

DATED this __2nd__ day of October, 2007.

          ROBISON, BELAUSTEGUI, SHARP & LOW
          A Professional Corporation
          71 Washington Street
          Reno, Nevada 89503

By: _____
     KENT R. ROBISON
     CLAYTON P. BRUST
     JENNIFER L. BAKER
     Attorneys for Defendants
     Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

DATED this ____ day of October, 2007.

          ERICKSON, THORPE & SWAINSTON, Ltd.
          P.O. Box 3559
          Reno, Nevada 89505

By: _____
     THOMAS P. BEKO
     BRENT L. RYMAN
     Attorneys for Defendant
     Elko County School District

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

1 and proposed Complaints be dismissed with prejudice against the LDS Defendants, with all
2 parties to bear their own costs and fees.

3 DATED this ____ day of October, 2007.

MARVEL & KUMP, LTD.
217 Idaho Street
P.O. Box 2645
Elko, Nevada 89803-2645

By: _____
JEFFREY J. KUMP
Attorneys for Plaintiff
Da-Daze-Nom Manzanares

DATED this ____ day of October, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
CLAYTON P. BRUST
JENNIFER L. BAKER
Attorneys for Defendants
Corporation of the Presiding Bishop of The Church
of Jesus Christ of Latter-Day Saints and
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints and Successors

DATED this 2nd day of October, 2007.

ERICKSON, THORPE & SWAINSTON, Ltd.
P.O. Box 3559
Reno, Nevada 89505

By: _____
THOMAS P. BEKO
BRENT L. RYMAN
Attorneys for Defendant
Elko County School District

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

3