UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DA-DAZE-NOM MANZANARES,

    Plaintiff,

vs.

ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., as agent for ELKO COUNTY SCHOOL DISTRICT, and GARY LEE JONES, SR., individually, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation registered to do business in the State of Nevada; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Nevada; and Does 1-5, and XYZ Corporations 1-5.

    Defendants.

CASE NO. 07-CV-00076-LRH-RAM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, through her undersigned counsel, and the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors ("LDS Defendants"), by and through their undersigned counsel, stipulate that all claims, causes and counts set forth in all Complaints

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

and proposed Complaints be dismissed with prejudice against the LDS Defendants, with all parties to bear their own costs and fees.

DATED this ___1___ day of October, 2007.

> MARVEL & KUMP, LTD.
> 217 Idaho Street
> P.O. Box 2645
> Elko, Nevada 89803-2645
>
> By: _____
> JEFFREY J. KUMP
> Attorneys for Plaintiff
> Da-Daze-Nom Manzanares

DATED this ___2nd___ day of October, 2007.

> ROBISON, BELAUSTEGUI, SHARP & LOW
> A Professional Corporation
> 71 Washington Street
> Reno, Nevada 89503
>
> By: _____
> KENT R. ROBISON
> CLAYTON P. BRUST
> JENNIFER L. BAKER
> Attorneys for Defendants
> Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and
> Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

DATED this ____ day of October, 2007.

> ERICKSON, THORPE & SWAINSTON, Ltd.
> P.O. Box 3559
> Reno, Nevada 89505
>
> By: _____
> THOMAS P. BEKO
> BRENT L. RYMAN
> Attorneys for Defendant
> Elko County School District

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

and proposed Complaints be dismissed with prejudice against the LDS Defendants, with all parties to bear their own costs and fees.

DATED this ____ day of October, 2007.

        MARVEL & KUMP, LTD.
        217 Idaho Street
        P.O. Box 2645
        Elko, Nevada 89803-2645


By: _____
    JEFFREY J. KUMP
    Attorneys for Plaintiff
    Da-Daze-Nom Manzanares

DATED this ____ day of October, 2007.

        ROBISON, BELAUSTEGUI, SHARP & LOW
        A Professional Corporation
        71 Washington Street
        Reno, Nevada 89503


By: _____
    KENT R. ROBISON
    CLAYTON P. BRUST
    JENNIFER L. BAKER
    Attorneys for Defendants
    Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints and Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and Successors

DATED this 2nd day of October, 2007.

        ERICKSON, THORPE & SWAINSTON, Ltd.
        P.O. Box 3559
        Reno, Nevada 89505


By: _____
    THOMAS P. BEKO
    BRENT L. RYMAN
    Attorneys for Defendant
    Elko County School District

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151